UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MEREDITH MCGLOWN,

        Plaintiff,

   v.

UNITED STATES DEPARTMENT OF COMMERCE, et al.,

        Defendants.

Case No. C23-0049-TL

ORDER GRANTING IFP APPLICATION

      Plaintiff, proceeding *pro se*, filed an application to proceed *in forma pauperis* (IFP) in the above-entitled action. Dkt. 1. Because Plaintiff does not appear to have funds available to afford the $402 filing fee, Plaintiff financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). *See, e.g., McGlown v. Melburg Financial Group, Inc.*, C19-0029-RSL; *McGlown v. State of Washington*, C19-1658-RSM; *McGlown v. Department of Homeland Security*, No.

ORDER GRANTING IFP APPLICATION - 1

C18-1403-RSM; *McGlown v. Melburg Financial Group, Inc.*, No. C17-0815-RAJ.  The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Tana Lin.

Dated this 17th day of January, 2023.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge