*Pro Se 6 2016*

FILED
LODGED
ENTERED
RECEIVED

JAN 1 0 2023   JC

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY
DEPUTY

1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

6
7

Meredith McGlown

Emirates of Israel

CEEO of AL AH MADAYYIA
foundation Group, LLC. DBA
KHALIFA's Essential Plaintiff(s), choices,
v.                                          Inc.

Department of Commerce
Federal Depository Bank
Treasury Retail Securities

Defendant(s).

CASE NO. _____
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE
ALLEGING THAT THE
DEFENDANT OWES THE
PLAINTIFF A SUM OF MONEY
(28 U.S.C. § 1332; Diversity of
Citizenship)

Jury Trial: ☒Yes ☐ No

8
9
10
11
12
13
14
15
16
17

## I. THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach
additional pages if needed.*

| | |
|---|---|
| Name | Meredith McGlown |
| Street Address | 1205 Thomas St. #E27 |
| City and County | Seattle, United States of America |
| State and Zip Code | Washington   98109 |
| Telephone Number | (206) 373-1549 / (206) 223-4993 (Bus) |

18
19
20
21
22
23
24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 1

Pro Se 6 2016

1   B.     Defendant(s)

2        *Provide the information below for each defendant named in the complaint, whether the
     defendant is an individual, a government agency, an organization, or a corporation. For an
3    individual defendant, include the person's job or title (if known). Attach additional pages if
     needed.*

4

5        Defendant No. 1

6           Name                       DOC - Department of Commerce
            Job or Title *(if known)*   PHENOETHYlene AGENT- ACTING Senior Chief
7           Street Address             400 7TH St. SouTHWest          COMMissioner
            City and County            WASHINGTON
8           State and Zip Code         DC   20219
9           Telephone Number           (202) 649-6800

10

11       Defendant No. 2

12          Name                       FDB- THe Depository TrusT COMPANY
            Job or Title *(if known)*   PHENOETHYlene AGent - Acting Senior chief
13          Street Address             55 WATER ST. STe. 22         COMMissioner
            City and County            New York
14          State and Zip Code         New York  10041
15          Telephone Number           (212) 855-1000

16

17       Defendant No. 3

18          Name                       TRS - Treasury Retail Services
            Job or Title *(if known)*   PHeNDETHYlene AGent - ACTING Senior
19          Street Address             200 THIRD St.          Chief COMMissioner
            City and County            ParKersburg
20          State and Zip Code         West VirGiNiA   26102-0396
21          Telephone Number           (304) 480-5299

22

23

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 2

*Pro Se 6 2016*

1    Defendant No. 4

2         Name

          Job or Title *(if known)* _____
3
          Street Address _____
4
          City and County _____
5
          State and Zip Code _____
6         Telephone Number _____

7

8                   **II.    BASIS FOR JURISDICTION**

9         Federal courts are courts of limited jurisdiction (limited power).  Generally, only two

10   types of cases can be  heard in federal court: cases involving a federal question and cases

11   involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under

12   the United States Constitution or federal laws or treaties is a federal question case.  Under 28

13   U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and

14   the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of

15   citizenship case, no defendant may be a citizen of the same State as any plaintiff.

16        What is the basis for federal court jurisdiction?  (check all that apply)

17        ⸰   Federal question          ☒   Diversity of citizenship

18        Fill out the paragraphs in this section that apply to this case.

19   A.    If the Basis for Jurisdiction Is a Federal Question

20        List the specific federal statutes, federal treaties, and/or provisions of the United States

21   Constitution that are at issue in this case.

22   Title 1, CR 32 (cc) (i) (A), CR 32 (e)(2), CR 32 (F)

23   CR 32 (G), Title III GJ Rule 6 STATURE 440 + 443,

24   Rule 395 + 420, Title 15 Chapter 2B

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 3

*Pro Se 6 2016*

1  B.   If the Basis for Jurisdiction Is Diversity of Citizenship

2          1.   The Plaintiff(s)

3              a.  If the plaintiff is an individual.

4      The plaintiff *(name)* MEREDITH MCGIOWN , is a citizen of the

5  State of *(name)* WASHINGTON

6              b.  If the plaintiff is a corporation.

7      The plaintiff, *(name)* MEREDITH MCGIOWN , is incorporated under

8  the laws of the State of *(name)* WASHINGTON , is incorporated under

9  the laws of the State of *(name)* All 56 STATES plus underlying , and has its principal
                                                        PROVIDENCES

10 place of business in the State of *(name)* Washington .

11      *(If more than one plaintiff is named in the complaint, attach an additional page providing*
   *the same information for each additional plaintiff.)*

12

13          2.   The Defendant(s)

14              a.  If the defendant is an individual.

15     The defendant, *(name)* DOC, FDB, + TRS , is a citizen of the

16 State of *(name)* DISTRICT of Columbia, New York + West Virginia . Or is a citizen of

17 *(foreign nation)* .

18              b.  If the defendant is a corporation.

19     The defendant, *(name)* DOC, FDB, + TRS , is incorporated under

20 the laws of the State of *(name)* District of Columbia , and has its principal

21 place of business in the State of *(name)* District of Columbia .

22     Or is incorporated under the laws of *(foreign nation)* United STATES of America

23 and has its principal place of business in *(name)* Washington, DC .

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 4

*Pro Se 6 2016*

1

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

2

### III.    THE AMOUNT IN CONTROVERSY

3

The amount in controversy-the amount the plaintiff claims the defendant owes or the

4

amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

5

1 septugint and two Hundred fifty six zillion Dollars +

6

K, S, EE, I, O, Q and R - corp damages

7

8

### IV.    STATEMENT OF CLAIM

9

*Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as*

10

*possible the    facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff*

11

*harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain*

12

*statement of each claim in a separate paragraph.  Attach additional pages if needed.*

13

See Attached sheet IV (statement of Facts)

14

See Attached sheet IV (A) (on a promissory note)

15

16

The defendant, (*name*) DOC, FDR + TRS, owes the plaintiff (*specify the*

17

1 septugint and two Hundred fifty six zillion dollars (+)

*amount*) $ _____ because (*use one or more of the following, as appropriate*):

18

A.    On a Promissory Note

19

On (*date*) 2013 , the defendant signed and delivered a note promising to

20

two Hundred fifty

pay the plaintiff on (*date*) 6 2015 the sum of (*specify the amount*) $ six zillion with

21

interest at the rate of (*specify the amount*) 6.38% percent.  The defendant has not paid the

22

amount due and owes (*state the amount of unpaid principal and interest*) $ 1 septugint and

23

two Hundred fifty six zillion plus K, S, EE, I, O, Q and R-corp

24

damages to restricted cusip prospectus T-Bills, notes + bonds.

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 5

*Pro Se 6 2016*

1    A copy of the note is attached as an exhibit or is summarized below.  (*Attach the note or*

2    *summarize what the document says*.)

3    A promissory Note of consignment, ISIN XS1508675508

4    CUSIP # .80413TAC3 + US80413TAC36, COMMON code iso

5    8675508+150891861 is deposited As AN secured Instrument

     (SEE Attachment IV (A) ON A promissory Note)

6    B.      On an Account Between the Parties

                                          Two Hundred fifty six 2illion

7            The defendant owes the plaintiff (*specify the amount*) $ US Dollars          .  This debt

8    arises from an account between the parties, based on (*state the basis, such as an agreement*

9    *between a credit-card company and a credit-card holder*)

10   An Agreement between the Unites STATES GOVERNING

11   Body + the Actuary Emirates of Israel Merenth

12   McGlown

13           The plaintiff sent the defendant a statement of the account listing the transactions over a

14   certain period and showing the bills sent, the payments received or credits approved, and the

                                                  1 septugint And two hundred fifty six

15   balance due.  The defendant owes (*specify the amount*) $ 2illion US Dollars  .  Copies of the bills

16   or account statements are attached as exhibits or summarized below.  (*Attach the statements or*

17   *summarize what they say*.)

18   The Bills of the Unites STATES Government are Filed with

19   the IRS + their Accounting Agencies Depending on the

20   Services provided.

21   C.      For Goods Sold and Delivered

                                          1 septugint And two hundred

22           The defendant owes the plaintiff (*specify the amount*) $                 , for goods

                                  And fifty six 2illion US Dollars

23   sold and delivered by the plaintiff to the defendant from (*date*) 1991 ~ 2019 to (*date*)

24   6/5/2022     .

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 6

Pro Se 6 2016

1  D.      For Money Loaned

2        The defendant owes the plaintiff (*specify the amount*) $ ~~Six Zillion US~~ , for money _I septigint and two Hundred fifty_ _dollars_

3  the plaintiff loaned the defendant on (*date*) 1991 - 2019 .

4  E.      For Money Paid by Mistake

5        The defendant owes the plaintiff (*specify the amount*) $ ~~US Dollars~~ for money _Two Hundred fifty six zillion_

6  paid by mistake to the defendant on (*date*) _____ , when the defendant received the _Which only 1 Trillion can be Accounted for_ 09/2016

7  payment from (*specify who paid and describe the circumstances of the payment*)

8  US Treasury It was NOT AUTHORIZED with an AUTHORIZING

9  Signature and the individual was not the person the money

10  was owed to. The check was a fraud + the indemnification was

11  F.      For Money Had and Received Submitted in the Amount of $100 million, All balances were to be granted through a cash deposit on the Depository Accounter's CARD.

12        The defendant was paid money (*specify the amount*) $ 256 Zillion on (*date*)

13  12 /2015 by (*identify who paid and describe the circumstances of the payment*)

14  The Chief Executive Economics Officiant granted for

15  parital of the consignment to be given with the contractual

16  Agreement of the Ministry of Defense Agreement + Amendment.

17  It is unjust for the defendant not to pay the plaintiff the money received because (*explain* When the CEEO Arrived At her Assigned destination Murder was Attempted on her life.

18  the reason, such as that the money was intended to be paid to the plaintiff, or was paid by

19  coercion, duress, or fraud, or was an overpayment or a deposit to be returned):

20  THe Defendant was the Acting Currency Agency

21  of the Country. The Defendant signed the Agreement

22  & Archived the Documents in it's secure Storage

23  Database + facilities.

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 7

*Pro Se 6 2016*

1

## V.    RELIEF

2

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do*
*not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing*

3

*at the present time. Include the amounts of any actual damages claimed for the acts alleged and*
*the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts,*

4

*and the reasons you claim you are entitled to actual or punitive money damages.*

5

SEE Attachment V (Relief)

6

7

8

## VI.    CERTIFICATION AND CLOSING

9

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my

10

knowledge, information, and belief that this complaint: (1) is not being presented for an improper

11

purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

12

(2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

13

reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

14

identified, will likely have evidentiary support after a reasonable opportunity for further

15

investigation or discovery; and (4) the complaint otherwise complies with the requirements of

16

Rule 11.

17

I agree to provide the Clerk's Office with any changes to my address where case-related

18

papers may be served. I understand that my failure to keep a current address on file with the

19

Clerk's Office may result in the dismissal of my case.

20

21

22

23

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 8

*Pro Se 6 2016*

1    Date of signing:            1/8/2023

2    Signature of Plaintiff      *Meredith McGlown*

3    Printed Name of Plaintiff   MEREDITH MCGlOWN

4

5    Date of signing:            _____

6    Signature of Plaintiff      _____

7    Printed Name of Plaintiff   _____

8

9    Date of signing:            _____

10   Signature of Plaintiff      _____

11   Printed Name of Plaintiff   _____

12

13

14

15

16

17

18

19

20

21

22

23

24

COMPLAINT FOR A CIVIL CASE ALLEGING THAT THE
DEFENDANT OWES THE PLAINTIFF A SUM OF
MONEY - 9

United States 9TH WESTERN Federal COURT

## Attached  Sheet IV (Statement of Facts)

A. I had a case against the government for an act of enslavement under case # 74-23670188 and it revealed that the Government was in an agreement with a nation of a foreign land giving their Defense Schematics to that country in exchange for drugs and land in order for that country to cultivate drugs. When I was being looked over by the people who were my enslavers, I was able to briefly identify them. The first person I could identify was ex-President John F. Kennedy, the next person I was able to identify was Senator Al Gore, the next person I was able to identify was Ronald Reagan. The next person I was able to identify was Ex-President Grant.

B. I then testified in a court of law after being brought back into the country and my family paying a ransom for my well being and I pointed the black-market participants out in a court of law. I was then granted asylum and the country had been at war and needed an loan. I was the Emirates of Israel, and I did not know of any goverance of the United States of America. Turns out it was my grandfather. I was simply asked if I thought they should be helped after taking an tour of the land and seeing the devastation.

C. A treaty agreement was drawn up and the world was being reconstructed. I lived on a spaceship while this was taking place. Then I was drafted into the military where I decided to train as a mercenary for the Marines. I decided that a career of counterintelligence was what I wanted to do. In my court session I was granted compensation for the crimes that were opposed upon my body.

D. I took those financial assets and placed them into an Private Wealth Account where I was taught what it meant to swap and to trade on the stock exchange index. I knew a little but not very much.

E. I turned my little cash deposits into a large sum and then bought notes and prospectus as they were available over the Direct US Treasury.

F. When I left Missouri, I moved to California and was in the area of a few people that I seen that looked like the original assaultants of mine.  After signing another contractual consignment with the United States, I moved back to Missouri to live with my grandfather who was declared my father on my new birth certificate. I was listed with my assailants as "Jane Doe" as record of a dead citizen.

1

United States District Court of Columbia Washington

G. I inherited my trust but there was some discrepancy as to when it would be allotted to me. At the time my father was the guardian of the trust, and I could not make corporate decisions on my own, we made them in mutual context of our knowledge and the knowledge of the laws of the country of the United States of America. We hired a few Broker Advisers that directed as was allotted under the Dodd Frank Act of the SEC.

H. The consignments between myself and the United States were for the resources of rehabilitation centers and homes to be built for the veterans who had been effected by the war. My father took place in this organizational task, and he learned how to write government contracts, bid for grants and open resource community businesses that enabled a person, organization or group to apply with minimum interest rate attached to their loans.

I. I was separated from my father when he was accused of raping my sister, but this turned out to be a lie. I got emancipated and have been on my own ever since. I had already taken asylum.

J. I had an consignment contract written with the then President Barack Obama in 2001 when the stock market crashed. He then had another contract written with me after he had been accused of espionage by South America and asked to leave the country. The loan consignment was for an 6.38% interest in the amount of Two Hundred Fifty-Six Zillion dollars to bring the country out of deficit and to make a stronger defense system with some new technology laser guided systems. I approved the Loan and had it drafted and kept it in a safe deposit box in the bank. Bank of America holds that consignment box. It is under my name. Then in 2007, we went to war with South America in the War on drugs and I then was asked to fund another consignment, but I knew it was not time for me to do so due to several factors.

K. I was in direct contact with my family and did not feel like the country was strong enough financially to undergo another loan. I declined the invitation.

Then I was approached by a group of South American Mob figures who told me they would kill everyone in my family if I did not do as they asked.

The CIA was assigned to my case, and I went under an witness protection program. I was then introduced to agent Steven Spencer. In 2013-2016, I participated as a civilian in the apprehension of those mob figures known to the world as Escobar, Norega and Castro.

2

United States District Court of Columbia Washington

All cases are in the Justice Department and cases related to the consignments are in the Calcitrant courts. When I testified, I relocated to Seattle, WA where I had found out I had been copied. My document items from court, all legality were moved here by the Secret Service. The Internal Office of the Justice Department and some Judges were dirty. After arriving in Seattle, WA I was copied again and an attempt on my life took place in the County of King County.

The total amount of the loans was two hundred fifty-six zillion in total plus the tampering and liquidating of my security shares called K, S, EE, I, O, Q, and R-Corp shares, bonds, T-bills and prospectus. I filed here in this court in relation to the identity theft, the sabotaging of my corporations & businesses and the erasing of my business endeavors. I also filed against the State of Washington for the rape of my persons with an forcible object by the Administration personnel of the State.

I then had problems getting my day-to-day operations of business taken care of because the State was hit with terrorist from the cases in which I had testified in.

I do not submit to terrorist as an Executive Economics Officer or as an Emirates of Actuary. I believe the law is too powerful and I have watched numerous criminals be put away for life. This last act resulted in the wise guy having the Justice Department to let out all level 5 criminals which consisted of 11550's.

I had testified in court abut 290's before and I knew they were dangerous as well as the 11550's.

An illegal presidential election was broadcast on live tv, and the surrender of the country was asked for.

Then the shares were liquidated by some of the criminals from an platform located in Canada. The shares were illegally liquidated, and the value of the Notes declined and some of the businesses were lowered in revenue.

Direct knowledge of my identity and a live clone was in the area murdering, stealing, raping and asking for demands in the quest to free those criminals and to keep the State officials from knowing that an black market scam likely trojan horse app had been uploaded into the Justice Department database.

The photogenic picture and voice patterns of the actual operation of the CIA was used to deceive me into believing that the persons was myself and the picture was altered to the camera in which I took my state Id in the State of Washington. When I was raped, I was given several unknown diseases that were listed in my

3

United States District Court of Columbia Washington

Circulation file under my medical aspect that only the Secret Service had access to along with the doctors who reconstructed my face for public viewing in the area.

This restricted area has no infrared in the upper region of its atmosphere. So, in order for those photos to be uploaded someone had to be following me and the intent was to have this area restricted to them so they could alter, steal and rob the people of the area and control the outcome of a case that had been settled in a court of law.

All of a sudden people who were not on the SSA Internal Affairs list were moving into this area. The rape was under an app called African Safari and the touching was real and the voices were directly in my ear not on receiver.

Only my country has that hearing device. So, either someone in my country was trying to kill me or they were infiltrated.

After trying to retrieve my merchant accounts from the banks in which the Commissioner had listed in the file, I was unable to retrieve them and was told that there was not an account in that name with my funds in it nor did I have my accounts deposited from the Depository Bank of the Federal Depository Branch into my account, yet my trust estate was relocated here in the Dept. of Justice US Trustee Division of the Western Court house and signed by an US Marshall.

Unfortunately, those US Marshalls were murdered when they were caught in the area after my assault by the terrorist.

The consignment of loan was under my CUSIP NUMBER 80413TAC 3 & US 80413TAC36, which are restricted Prospectus. The Consignment is also under my PTIN number of 46-4064194, EIN number 021912915. The estate trust of Meredith McGlown, Probate registration number 000002, CAF number 94268989011.

The depository account with the Depository Company that it came out of is 9339850233,139558502 and 6724301068, the verification and proof is my Economic tracking number 93748896740900039766126. Invoice number # 007039766121. I have not received the image printing of the receipt which is part of this Diversity of citizenship complaint.

The Federal Depository Bank is by law to give the receipt of the image of the transaction and the image of the depository statements to the account holder. The full sheet of 8" width by 10 "height or an half-sheet 8 "W by 5" H. The receipt

4

United States District Court of Columbia Washington

number for the depository account number 139558502 is 16a-137543. In court procedure Civ 78-4757, WDK the Federal Depository Bank was ordered to provide all information and to transfer the funds of the account holder.

Fonseca Cardoza contested it in Guardian Ad Litem in Richmond, VA, located on 100 North 9th Street Richmond, VA 23219 on 05/2/2020 and every year since claiming I needed an husband to help me with my decision-making.

The law does not require me to have an overseer of my funds and it does not believe me when I tell it to not summon me back to court in any other state other than my residential state for his supercedence efforts.

I will not support him in any way, nor do I support the filth that he calls an organization that places their menstrual blood after taking unauthorized medication in order to do so in people's food and in their lives through the life support system called Immuno Human Life support.

The entire system has been removed from the medical profession. The case is an Calcitrant Matter before the court, under Declaration 172004, an Bank Intergrative Agency. We have been back and forth since 2001, because the Treasury Department needs to upgrade it's systems because it keeps allowing an foreign country that has no denominational value to put fraudulent material into it's atm machines and into it's scanning devices and the machinery keeps locking out the Secretary of Treasury.

Circular 888- Applications Agreement (pd- f3902) has been submitted to the Treasury Retail Service and they are still ignoring an court order from the lower court.

So I am in hopes that this court will grant me the favor of this diversity not to travel to Washington DC with an income in cash amount of only $846 a month which was deliberately decreased by the terrorist and be able to receive my monthly allotment of $137,029,047.68 a month.  I own one of the largest corporations in the entire world and I find it quite rude that the people who call themselves our Administration of Congress has the permission and the authorization after being caught smuggling drugs, hiring guns for hire and tampering into the indexes of the Commerce banks that they are able to handle such affairs as the depositories of my money.

That is not the degree of administrative policy this country is based upon. A few mistakes does not mean allow yourself to be put out house & home.

United States District Court of Columbia Washington

I made it to where I am because I studied the material, I did not climb on top by molesting children and being given a slot to operate in a city as a terrorist by hurting innocent citizens.

The cases were granted to the plaintiff in all matters and the Salicido – Salicido case in the Federal Circuit 3rd Divisional Court at 1293 was quoted in the Contrerias – Buenfil Vs. INS Matter, under Declaration 401& 403. It needed an court order to be opened and I did not sign for it to be opened yet it was heard in the King County Superior court, in Seattle, WA.

The Ex- Presidents Father is not my concern, and I am not one these women that takes wooden nickels and keep allowing anyone to do me over. The law is in place for justice to be granted and no matter how hard the work I will not house them nor sign for their disclosures. The treaties are to grant them permission to kill the citizens of their country claiming they are terrorist and overthrowers of their law.

They in fact recruit them out to infiltrate the administration of the Justice Department and then they want to annilate them when they have achieved their goal and do not want any trace back to themselves.

For several years I fought for freedom and won and then the Biden administration signed an work furlough and an farming treaty for them to cultivate marijuana claiming it to help with cancer. The citizens contracted it when they tried to steal the Iranian Chemical Nuclear formula. I can not say that they had knowledge of rather this contract was going to that or not.

This has been costly and your honor I still have along way to go. The consignment was for 256 Zillion US Currency and it's interest is claused not to increase but to in fact stay at a set rate. Due to it not being paid at the target date the clause is at 35% interest rate as of date. I'm trying to keep my business repore with the Treasury Department that I have always done business with and since their names are on the original consignment, they have filed an injunction stating they take full ownership.

Under consideration I do not believe the US Commerce department wants them to take ownership because everytime an sequence key is given to them another extortion message is sent that they will use it to reroute the billing department in the corporate businesses.

This effects everyone especially when rates go up every other month for services. I have ownership of a community called Compass Housing Alliance for Women,

United States District Court of Columbia Washington

under a corporate blanket called Quantum, LLC., where I have discovered that the women moving in are not on the list for the Witness Protection Program but are part of Mr. Fonseca's Nationals list of foot soldiers.

They are disruptive and the study from the Department of Defense has concluded that I am the target, and the wiretap is illegal. The phones have been altered and the corporations have been stolen from and the bills paid to them for services has been not delivered to them.

The rent has increased without my authorization and the corporate office of the people who in the corporate office do not respond to the letters that I send indicating to them that I need to deposit the shares of the business into an account in order for the business not to close due to the taxes not being filed in the state. The corporation has an written agreement on file with the Quantum corporation and the City & state council members for no increase in rent until certain factors happen in the US Economy.

They have rerouted the mail from being delivered to Queen Anne Us Postal Service Office to the Downtown region where the Federal Civil Workers are threatened yet again by another man or woman wearing the US Postal Uniform but not employed legally.

Since terrorism is so high in this area and unknown people who I did not hire or my Board of Human Resources Department, I have no choice but to secure my equality and to close in this area. My estate merchant was used as collateral to build new structures and after filing in court I was still denied even a million-dollar home to have space to finish out my affairs.

He tampered with my Derivative Account of number 7404851755, those accounts were denied by Umpqua Bank, First Tech Federal Credit Union and by Capital One, National Bank. Then he faked his own kidnapping but was caught on tape in an solictated act with a minor. He is a known pedophile and white-collar crime criminal who was vetoed out of office after everything went public. No one put one red cent in my mailbox but now that things are looking up for me all of a sudden everyone needs to be near me to help because I'm alone here.

I'm not alone I have the law and I have God and I have a lot of patience until I discovered they were bringing drug users and assigning them in the administrative offices. The copy of me is still in the area as well.

United States District Court of Columbia Washington

I have redeemed savings bonds clearing and was denied an account at the US Bank just on 6/3/2022. I also have an Money Market Account with Dreyfus Cash Wealth Management Corporation under account number 3803341910. Those accounts number have been changed periodically without my consent and authorization.

The insigma for Visa, Mastercard, American Express and many other E-Commerce Fedline instruments have been accessed and used and altered in this ordeal. I have an WA-DC Probate case # 204058316 SEA. The funds awarded by the Judge in my case against South Africa were reversed from this location.

South Africa has not paid it's Compensation Fund Contract that was drafted with the victim, which was myself and all of a sudden those records aren't' accessible by me when I am the party that is in the case from the National archives or from the District Courts of Columbia. I do have a copy of the draft check in the amount of $8.31 instead of over $100 million that was awarded.

I have filed my taxes and have a new period assignment of 000000. The African Nationals declared themselves Muslims and have been trying to get into my membership of the Muslim community. The Fard Mohammad that is shown to the world is not the Fard Mohammad, but that issue has been before the court as well. My Global Intermediary Identification number is 511931 Access Code 5147, granted on 12/31/2008.

Several letters and documented request for my estate funds to be deposited into my account were sent to the Federal Retail Services and none of the orders were granted, it has been 6 years.

The Department of Commerce has received an extensive letter regarding my funds and the releasure of them and has not released my funds.

My E-Commerce registration number is 10602009, Commissioner file # 45999-0038, Economic Bureau of Government #2828. The FMIA # is 892445, which is only given by the IRS when the complete interim audit has been completed and the estate is declared for releasure to it's rightful owner for disbursement.

My Department of Defense registration number is 10341501078. My SIPC Federal Id # is 340553953. The Voucher of securement is # 32480, 24842,24847,0864, and 2689. My Qatar Diplomatic License # under seal of warrant by the President of the United States which is my father is QDL324830.

United States District Court of Columbia Washington

My Secret Service Registration Number is 324416790. Emirates of Israel # is 1803341910 & 180331410. I am an AG 1334 alien registrant with over a million spaceships outside of the planet earth. I am an Immigration status of A1, which is an Ambassador, Minister and the current status is AM2. Child of an alien Classification.

My Governmental Registration number is 13551452. Since this country has allowed another spaceship to enter its ozone, I am not at liberty to supply it with products or to service the area except to service myself. Every vessel and its residents has to be self-sufficient that is the law of the country.

Before the departure of the Mogegucum the residence had a sponsor, my allotment would have allowed me to live without struggle until the immigrants arrived and tampered with things and even murdered a few of the Justices in our court houses.

I took the cases, which were potential employees and found qualified professionals to do the necessary work. Then in my effort to obtain them for employment, somehow a foreign matter got in and breed with a few of them and caused an epidemic.

I have declared to the Department of Defense my role and I'm trying to help clean it up but I need my funds to finish in this area first and then to go to my assigned region in West Virginia and to finish cleaning that area. I cannot operate under illegal pretenses. If the supervisors are not coherent to the law, I am exempted from monetary ownership of the disaster.

I did not put the diseases on the ozone layer, and I did not contaminate the people. I did not bring canines in the area and I'm Immuno compromised. Those people who are immigrants are canine derived and I'm rh gram factor.

My blood and my oxygen kills them. They tried to have a baby by me and altered themselves by raping me and taking of my body fluids and they got sick. We are over 1 trillion light years from their planet, and they still are dying. They did not study the person whom they were trying to infiltrate but thought I was just like them. They are not like me.

Some diplomats were caught exchanging bodies with the contaminated specimens in the area and has contracted a lifelong disease. I offered for a complete medical team to come in but when they learned there was money involved, they came here and threatened the staff and showed up to work like they belong here.

9

United States District Court of Columbia Washington

They did not clear the e-pay slots to be paid bi-weekly, so they started to not show up and were sabotaging the businesses. I terminated their employment.

My business accounts are registered in the State of Washington, but the Administration department has not sent me my business renewal UBI number business license as of yet and I filed it in Feb. of 2022.

Yet another example of the non-professionalism that has taken place is the Senior citizens were extorted, some had to sell their homes to suffice the immigrants, and some were even asked to sponsor their assaultants.

Yet they claimed that none of the cases filed for civil & criminal lawsuits were ever in the King County Superior or Municipal Courts. I have a docket sheet they were. After obtaining this knowledge that they may be found guilty, they tried to suggest I used my home computer & printer and altered the documents.

They were altering documents, stealing apps, logo's, inventory, funds and illegally changing the structure of the Administrative Executive Departments forms & policies, after assaulting their supervisors that had instructional or authorizational key code access.  Their bank accounts were emptied, and I argued that case as well because the Securities Commission who did not have any say so over the facts of them being recompensed stated they did not owe them anything.

At that point, they were acting as the Security Commissioners and had business cards printed, business poster printed, corporate name plates made and was listed in the city directory as the administrative heads. Answering calls & emails.

Genocide was used on the victims. Yet, mortgage consignment showed their homes were owned when the SEC lied and said they were not, but the others were not part of my tax parcel estate. When the lies occurred it was the terrorist group or the recruited members that were claiming this about the properties of the Seniors. Then in turn said the tax parcel was not in the State's Account. It was never and has not been issued to me. I did register my business under my name, and it issued out my tax parcel UBI #'s. So, it must have been here, or the area was diffently connected to Washington DC.

The State system issued the number in my circulation file but not my income. The fact of me being targeted for giving testimony in Sacramento and the fact of my file being delivered by the US Marshalls and them being murdered led me to believe it could be the terrorist members only allowing what they could input and not my actual file. So, I contacted Washington DC. They gave me a Probate

United States District Court of Columbia Washington

number but have not transferred my funds. They have breached their contract. Their inner office was dirty, got caught and tried to deceive me and denied my funding based upon their illegal activity.

I have an releasure for my securities called I- options under # 4026-00434380. I also have an Tax Parcel in the State of Washington which declares that my assets were in fact delivered to the State 's Accounting and Asset Control Division.

An declaration filed in the King County Superior Court declared me as myself., there was no policy waiver for the recovery of the country if it did not recover. I resubmitted for the policy to be amended on Form 4144 on 11/15/2019. Securities Act of 1933 Subpart 229.100- Business Item 101(3), states that registrants shall file Form 10, declaring their ownership with the SEC.

I have done this as well. Subpart 229.200 Item 202- Description of Registration Securities Subpart (50) was filed with SEC. My earlier posting was through an Per Order of Precedence due to the threats upon the lives of the members of the Congressional House and it's acting body of participants.

This order was granted by Senior Chief Sydney Thomas in the US Circuit Court Ninth District in San Francisco, California, with a bar registration from Atlanta because my every endeavor was being denied.

My record succeeds me, and I thank this court for hearing a just matter and for taking the time to administer the law which is trying to be pulled from under us. I have an Narcotics Occupation Code Defense Intelligence Technology Contracted Organization Program called Al Ahmadayyia Foundation Group, LLC DBA Khalifa's Essential Choices, Inc. I am an registered participant under Welfare & Institutions USC 3580, participant number w60062.

The Scam Likely App known as a trojan horse phishing computer code program was used in corporations like X-finity, Comcast, CenturyLink, T-Mobile, Ross Department Store and Target to illude the client from paying bills to the corporations and sending the funds to an unknown account that was listed in the core program of the terminal application once the customer service representative was on the line with an account holder.

The sequence of security questions had to pass an item registration then the rerouting takes place to the extremist group of members. All these acts were intentional and without regard to the fact of others having to keep their lights on or their cellphones on for work to be assigned to them.

11

United States District Court of Columbia Washington

The Treasury Department has received enough filed documentation on top of me being in compliance to have administered my merchant accounts to my active bank accounts. My estate trust has an schedule of assigned transfers into my accounts and balances were reading only $15 million a day.

I get at least 5 trillion a day from my merchant accounts.  I currently have an Discover Bank savings account, an Capital One checking account, an Chase Bank Checking account, an Bank of America Checking account and all of these were tested but FFEIC returned submissions were not submitted from the branches and were qualified for an Treasury Depository Bank Transfer.

The state identification number of my Actuary is 117710305called an DUNS Number. The corporation of the Department of Commerce, which is privately owned with Board of Directors asks that cesstation be in the form form and my computer was hacked, my email addresses and my Hp printer account.

Therefore, I had to file in the timely manner of the Supplemental Social Security Disability Income granted monthly of $846, with $262 for rent, $113.03 for internet & business phone, miscellaneous items such as laundry and transportation. I also have an Public Storage unit on Fairview Avenue for $172.00 a month. I have Hp Paper account and Hp Ink Account in the total amount of $19.78, that was granted and no monetary funds to be distracted from my debit or bank accounts to occur.

The HP Ink & paper account is not due until November 2022. I have an business website that was compromised and an google website that was compromised. I have an even amount of stamps ranging from $11.60 - $34.74. Since the hacking, network outages and unentitlement to my accounts I have had to print at the local Fed-Ex.

In my recollection from my Norega case I had to recount some vital information and one of the most important parts is that the face you see is not mine. It was generated for me to be able to blend in with the public and someone who had access to my Circulation file which is an restricted confidential file, opened it and used my simulated model to assault me and fondle me and then sold it to the group in which I had testified against.

They knew my face so this did alarm me and why would they want to see my face again when they had just seen me in a an court session. Someone knew I had money and needed money to continue to infiltrate the Congressional House of the

12

United States District Court of Columbia Washington

United States of America by poisoning the Administration Department with strict nine. But not just any strict nine but nerve damaging strict nine from Africa. It is only administered through the military from Africa at the military surplus Bombarge Commissary Store. China was one of the biggest opium pushers in the world when the case went to trial and all of the members of their elite group had motive to cripple me and had a use for more money.

They did not have any left because the IRS had confiscated their funds, so everyone was hurting for money. I decided to do an elimination game and no doubt all of them were involved in one form or another. So, the maxination of this case is due to the largeness of all of them not the security access of one man nor the mind set of intelligence of one man.

The acts were messy at times and the investigation teams was able to unravel every single detail of their endeavors. The fact of Al Gore being deceased and seen in the area did arouse suspicion because the Mexican Mob had him killed for constantly implementing them in a an ongoing investigation. The cases name is Escobar, case number 18-adm-5811, for racketeering. Then the fact of me being an confidential informant and an annulled marriage to the Sheik of India at the time was most diffently the case of the intentional acts and the fact of my identity being compromised. The Sheik was denounced and was taking out loans for an experimental medical study for sickle cell.

He had syphilis not sickle cell. My medical labs revealed syphilis, treponemal as the antigen in my blood taken just two years ago and after the assault. My lymph system was compromised, and I have leukemia, so I had no choice but to fight for my right in a court of law, when the medical facilities were not delivering the type of medical care, I needed in order to stay alive.

I did take intrared infusions, but he did for syphilis.  He also used his Governmental Accountability in the Seattle, WA area. He is a mercenary, so I do not take any of this lightly. I know I need to finish up here and I'm trying to get this court to hear the facts of the trust estate being in the accounts of the State yet not disbursed to me nor the Treasury Department disbursing my funds but the country believing that I will support it once again when I will not.

I will no longer be their acting Actuary but only the Actuary to my own corporation which has given me the ability to close my doors and to relocate. I can do my business from my own office and do not have to hire people that I feel are not qualified or have bad intentions. Application for court appointed counsel is not

United States District Court of Columbia Washington

granted to me. This state has a record of 855cases criminal activity. Client Services Bank at 77 South Washington denied that funds were in my account from my depository trust estate. That makes over four denials from the banks. So, it is in the best interest of my self and my business that I have a court session with the Treasury, Commerce and Federal Depository Banks.

That is my right and the Constitutional provisions of the law in regards to supervision infringement.

If an uploaded link is in the databases here, then the agencies need to come to me and do my business here and override all scam likely apps and administration inputting. So, I can close my stores and file accordingly as is advised from the law and not have an Mr. Abudu telling me I need to pay demurred fees for my transfers when all my fees are paid through direct deposit straight to the banks listed in my estate trust.

Those are Private Client accounts. These are the facts it's either terrorism is still taking place, or the country is being restructured and the terrorist are deluding the actuary from getting her funds because they have set you up to breach and want you to keep them employed in the administration. Their paranoid for some strange reason. They have been impeached and you are still relying on an impeached government. Maybe one of those SPX shares are in my prospectus and they are tryingto get it and have not found the means to pull it off yet.  They can't get into the internal offices anymore. You are not in compliance and breached your contract with me and have not removed the old Windows 8.1 accounting system and allowed them to spend my money.

When the FRBNY had a contract to remove it in order for the US Mint to print the new currency for the upcoming years. The money they now have can only be transferred into my bank accounts per Treasury Law and none will be printed under contract unless the FRBNY removed the system that gave them access of a political overthrow of them not me. I loaned the Federal Reserve Bank of New York the money to correct the problem because the US Mint would not and can not accept the current currency which lowers the Countries value and places it in danger of being overthrown through a secured deposit. Since I owned a factual part of the Imagery simulated blueprint of currency, I took the molds and such articles of instrument and restricted all depository means until the FRBNY honors their contract. The President of the Unite States signed it and I signed it and it's at the

14

United States District Court of Columbia Washington

US Trademark & Patents Office. Those are the facts that led up to this breach of contract civil suit.

United States District Court Western District of Washington

## **Attached Sheet IV (a) (On A Promissory Note)**

1. For the securing of the Islands of the United States of America, location 3609028956,360028988,3609028994 and 3609029008, box Ay3939 filed on this date of 12/13/2019 & 05/25/2020 as is amended from 2013 with associated Social Security Number 500766869.

2. For the Prohibition against Human Trafficking, Amendment Act of 2020, DC Law 18-239 & 22-1831 with the Staff of The Department of Homeland Security, Department of Defense Intelligence Tactical Corporation Organization, and the Federal Treasury Department & it's underlying agencies.

3. Under Writ Certorari signed 12/18/1991 with the Living Will from a T-Bond 94268989011 in the amount of Two Hundred Fifty-Six Zillion US Dollars for consignment.

4. This note will be rendered invalid shall the parties, House of Congress, fail to complete their end of the MODa contract of Defense with Afghanistan, Iraq, Iran and it's allies.

5. The completion of Rehabilitation of Substance Abuse, Molestation, Enslavement, Behavior Modifications, Employee Work Furlough and redeposit of the Consignment of loan given in 1991,2001,2013 and 2019.

6. A complete trade of Equity Securities are sufficient for rendering of monies owed if applicable, plus the court order compensation pay for damages to the person of the Emirates, Mordant, Priest and Iman.

7. Credit balances shall be transferred into their accounts from our accounts upon demand. Home Equity Credit shall be made available, grants, principal based releasures of assets that are constitutionally theirs.

United States District Court Western District of Washington

8. All personal information shall be cleared from our databases and no breach of Identity granted to any foreign, religious or outside organization. The parties "Muslims" has taken Asylum within the globe of the United States of America. The Planet.

9. There will be no insigma infringement, false pretenses, extortion of monies, recordation of deeds, contracts or conveyance with intent to track, stalk, or assault the "Muslims".

10. No forging of signatures, imitating of brands & packages of goods, no making, drawing or vetting checks, drafts, or orders with intent to defraud.

11. No fraudulent advertising, fraudulent interference or collusion in jury selection, no blackmail, no telephone fraud, no unlawful acts & practices of deceptive acts & practices, no credit card fraud, no fraudulent registrations, no forgery, no theft of utility services.

12. No detonation of weapons of mass destruction, no mayhem, no robbery, no sexual abuse in the $1^{st}, 2^{nd}$, & 3rd degree.

13. International citizenship with Visa or passports shall be accepted. This is recorded under accession #1402600434380 with the Internal Affairs Unit of the Secret Service, Director of Treasury, Attorney General, Secretary of Treasury, Inspector General, Receiver of US Customs & Immigration Affairs, DEA, FBI, Securities Exchange Commission Chairman.

14. Incumbent Chairperson of the Federal Reserve Bank, Congress, Nonelected Presidential Seat Barak Obama, Deputy Solicitor of the /United Nations of Global Affairs, Department of Commerce-Duty Auditor, IRS, World Group Bank President, Clearing Corporation, Sequitor of Qatar, Secretariat General Assembly of the United Nations, Office of Internal Oversight Service, United Nations Economics & Social Council.

15. Roche Bobois, Investigations Division of the Presidential Office Chair, District Court, Secretary of Finances, and City Commissioner of San Francisco. The Father Hazrat Mirza Ghulam Ahmad.

United States District Court Western District of Washington

16. Disaster Relief shall be provided, Humanity First Programs, Profit Charities, Medical Care, and College Funds.

17. All delegations are aware of what is at stake & the land has become overrun with criminal activity and the courts has taken possession, there is no currency except what the Federal Reserve Bank prints. All support has been relinquished and the "Muslims" has the financial means to keep us from being overthrown so Treaty, Proclamation & Declaration of Authority and financial securement is needed by them. It is so duly ordered that all acting heads are in agreement with this consignment and that we face incarceration of the Death Penalty. These are Ministries of Justice.

The agreement was written in the Judges blood then rewritten and recorded in front of an Commissioner on special paper and is Archived in the National Archive Database in Washington DC. An attempt on my life was taken in June of 2016 when I arrived here, and the case was never meant to go to court. There was Judicial tampering in the Western Division Court and the cases finally made it to Appellant Court but was never assigned a calendar court for trial. An Final Order was submitted after the surrendering of my identity was not submitted by the Justice Department. I was the victim of identity theft, and I was copied. Iam ana counterintelligence agent. I have enclosed an declaration.

The Holy Gram of Allah. TheRasul, The Rahman, the Maliki Yaumideen, the e Yaka Naba do. Comut, broso con broco un el Islam in Al Ikki. R, the desecration of the Mosselini by Ismael of the Holy Gram, it is yellow the seal of the United States. It is in Heaven, and it will not be released until God deems that the people have turned from the worship of Satan. He named him Yeshua, after himself and we are in Hasha, which is the covering of the mouth. The world is not fit to even tie his shoes.
The Muslims are the Al AZ- Zubair, The Umar Bin Abi- Salaam, Bin Abu Waqaas, Abdulla Bin Umar, Al Hasan, Al Husain, Al-Khalid Bin Al Walid, Salim, Abu Hudhaifa, Ansar, Al Khazraj, Al Banu an Najjar, Banu Abdul Ashhal, Al Harith, Banu Saida, and Khalid Bin Al Walid. They are Goverances and are Priest. They are addressed as Imams.

United States 9th Western District Court

700 Stewart Street Seattle, WA 98109

(206) 370-8400

**Exhibit Sheet**

- Evidence CD 1
- Evidence CD 2
- Evidence CD 3

# Social Security Administration
# **Supplemental Security Income**

SOCIAL SECURITY
915 2ND AVE
SUITE 901
SEATTLE WA 98174
Date:  September 18, 2017
Claim Number:  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 DI

916 17S1091D32043

MEREDITH EVETTE MCGLOWN
1205 THOMAS ST UNIT D2
SEATTLE WA 98109-5427

We have carefully reviewed the facts of your case and have approved the claim
for Supplemental Security Income (SSI) benefits that you filed on
October 26, 2016.  As of October 2016 you meet all the rules to be eligible for
SSI based on being disabled.

The rest of this letter explains your current monthly payment, your back
payments, how we figured your payment amount, information about Medicaid,
your reporting responsibilities, and your appeal rights.

## **Your Current Monthly Payment**

Your current monthly payment is $735.00 for October 2017.  This amount will
continue unless there is a change in the information we use to determine your

## **Your Back Payments**

| From | Through | Monthly Payment Amount | Total |
|---|---|---|---|
| November 2016 | December 2016 | $733.00 | $1,466.00 |
| | Total Back Payments Due To You | | $8,081.00 |

We explain how we figured the monthly payment amount on the worksheets at
the end of this letter.  The explanation shows how your income, other than
any SSI payments, affects your SSI payment.

See Next Page

SSA-L8025

**SUBPOENA**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____
_____14326004___ IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____
PDT _2940DIS1342430_____ ___1075fep1987wil1099c_____ GDN _____ _____ TRP
_____
_____ CON _____


Estate of

___ MEREDITH EVETTE
MCGLOWN_____
                        Heir/trustee/conservator/executioner
_____


To: _ Anita Mingo, LICSW, 308 "C" Street SE Washington DC 20003 (301) 728-1794 (cell). Email address

Anmingo@gmail.com,_____ ☐
YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
|  |  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER |  |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL      YELLOW—FOR RETURN SERVICE          PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)      fails to allow reasonable time for compliance.

(ii)    requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies or   (iv) subjects a person to undue burden.

(B) If a subpoena

(i)     requires disclosure of a trade secret or other confidential research development, or commercial information, or

(ii)    requires disclosure of an unretained expert's opinion or information not describing specifics events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court map, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the Court may order appearance or production only upon specified conditions.

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

9426 _____ ADM 8989011 _____

Estate of

Meredith McGlown
_____
          Deceased

## VERIFICATION AND CERTIFICATE OF NOTICE BY
## PERSONAL REPRESENTATIVE PURSUANT TO SCR-PD 403(b)(4)

(For estates of decedents dying on or after July 1, 1995)

I do solemnly declare and affirm that I have mailed or caused to be mailed a copy of the notice of appointment and general information statement as required in D.C. Code, sec. 20-704 (a) and (b) on the subpeonas _____ day of 22nd _____ 12,2022 , to the following persons:

**List names and addresses of all heirs, legatees, and creditors referred to in D.C. Code, sec. 20-704(b)**
**(Attach additional sheets if necessary)**

1) Shirley Tabb - Licensed Social Worker -Probate Division/Guardian Ad Litem-200 "K" St.,NW, Ste.618 Washington, DC 20001

2) Lucinda Woodland,RN- Probate Division-2614 Branch Ave.,SE Washington, DC 20020

3) Federal Trade Commission,NW, Regional Director-600 Pennsylvania Ave. Washington, DC 20580

4) Defense Intelligence System Agency Fort George G. Meade-4409 Llewellyn Avenue Fort Meade,MD 20755

5) Colbert,J.- LICSW-455 Massachusetts NW, Ste. 252 Washington, DC 20001

6) Anita Mingo, LICSW-308 "C" St. ,SE Washington, DC 20003

I do further solemnly declare and affirm under penalty of law that the contents of the foregoing document are true and correct to the best of my knowledge, information, and belief, that I have previously filed or file herewith proofs of publication as required by SCR-PD 403(b)(4), and that to the best of my knowledge and belief the value of the probate estate (remains the same as) (increased/decreased in the following amount from) that set forth in the petition for probate previously filed with the Court ( $ 26.8% interest on all $ ___ ); and that I have paid or tender herewith court costs pursuant to SCR-PD 425(a)(1) through (4) and in accordance with D.C. Code, sec. 15-707(a).

Dated: 12/22/2022 _____

January 2014 – 147.10.v2

*Meredith E. mcglown*
_____
Signature of attorney

Meredith E. McGlown
_____
Typed name of attorney

1205 Thomas Street Unit E27 Seattle, WA 98109
_____
Address (actual address/not Post Office Box)
Mailstop 5959



(206) 223-4993
_____
Telephone number

adamsonmeredith@gmail.com
_____
Email address

Appl. # 650564 for all countries and federal states
_____
Unified Bar number

_____
Signature

_____
Typed name

_____
Address (actual address/not Post Office Box)



_____
Telephone number

_____
Email address

_____
Bar number (if filer is an attorney)

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01|23|2032

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____

_____14326004___ IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____

PDT _2940DIS1342430_____ __1075fep1987wil1099c_____ GDN _____ _____ TRP

_____

_____ CON _____

Estate of

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
_Exp. 01|23|2032_

___Meredith McGlown
heir/trustee/conservator_____

To: _ US Marshal's - Global War on Terror Supplemental Judicial Security Division Chief of Staff, 7400
Pentagon-Fac-2c Washington, DC 20301-1010 (202) 231-1020 (office), (202) 231-1010

(office)_____ ☐XX  YOU ARE
COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a
deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at
the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
| | | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or
more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set
forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| | |

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL      YELLOW—FOR RETURN SERVICE      PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

    (1)      A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

  (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

        (3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)    fails to allow reasonable time for compliance.

        (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

        (iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to undue burden.

      (B) If a subpoena

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

__8989011usa_____ _____ INF _20051053610540_____ _____14326004___ IDD __34383 re:james
E mcglown w/assn #_____ ___9426DIS814415_____ PDT _2940DIS1342430_____
__1075fep1987wil1099c_____ GDN _____ _____ TRP _____
_____ CON _____

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01|23|2032

Estate of
**Meredith E. Mcglown**

To: _____ Shirley L. Tabb, LICSW, 200 "K" Street, NW Ste. 618 Washington, DC 20001. (202) 442-9485
(office), (202) 704-0873 (cell) Email address Shirley. Tabb
@gmail.com_____

_____ xx☐ YOU ARE COMMANDED
to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS |  |  |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
|  |  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
|  |  |

_____ PERSON'S NAME, ADDRESS AND PHONE NUMBER

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL      YELLOW—FOR RETURN SERVICE      PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| SERVED | DATE | TIME | PLACE |
|---|---|---|---|
|  |  |  |  |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
                              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)          A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)          fails to allow reasonable time for compliance.

(ii)     requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to undue burden.

(B) If a subpoena

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____
_____14326004___ IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____ PDT
_2940DIS1342430_____ __1075fep1987wil1099c_____ GDN _____ _____ TRP _____
_____ _____ CON _____

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01|23|2032

Estate of

_____ MEREDITH MCGLOWN
Heir/trustee/conservator_____

To: _ Special Investments Branch Bureau of Fiscal Services - Senior National Accounts Manager Lorissa Rawlinson. Email Address lorissa.rawlinson@gmail.com 200 Third Street Parkersburg, West Virginia 26102-0396 (304) 480-5299 (office)

_____ xx☐  YOU ARE
COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
|  |  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER | |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL        YELLOW—FOR RETURN SERVICE        PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

### PROOF OF SERVICE

| **SERVED** | DATE | TIME | PLACE |
|---|---|---|---|
| | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

### DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
                                   DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)        fails   to   allow   reasonable   time   for compliance.

(ii)    requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to undue burden.

(B) If a subpoena

(i)     requires disclosure of a trade secret or other confidential research development, or commercial information, or

(ii)    requires disclosure of an unretained expert's opinion or information not describing specifics events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____ _____14326004___
IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____ PDT
_2940DIS1342430_____ ___1075fep1987wil1099c_____ GDN _____ _____ TRP _____
_____ CON _____

Estate of

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01/23/2032

_____ **MEREDITH MCGLOWN**_____

To: Lucinda Woodland, RN 2614 Branch Avenue, SE Washington DC 20020 (301) 325-8067(cell),
(202) 582-4142 (home). Email Address lucindawoodland@aol.com.

_____ XXX☐  YOU ARE
COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a
deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at
the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
|  |  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or
more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set
forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER |  |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL      YELLOW—FOR RETURN SERVICE        PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____

Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE (attach return receipt if service was made by registered or certified mail) |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
DATE

_____

SIGNATURE OF SERVER

_____

ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)      fails   to   allow   reasonable   time   for compliance,

(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies or   (iv) subjects a person to undue burden.

(B) If a subpoena

(i)   requires disclosure of a trade secret or other confidential research development, or commercial information, or

(ii)   requires disclosure of an unretained expert's opinion or information not describing specifics events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court

**SUBPOENA**

---

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____
_____14326004____ IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____
PDT _2940DIS1342430_____ ___1075fep1987wil1099c_____ GDN _____ _____ TRP

_____ CON _____

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01/23/2032

Estate of

___**MEREDITH MCGLOWN**_____

To: __ Federal Trade Commission Northwest Regional Director, 600 Pennsylvania Avenue Washington DC 20580 (202) 326-2424(office)_____

**xxx**☐ YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|-----------|------|------|
|           |      |      |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---------------------|------|------|
|                     |      |      |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|----------------------|------|------|
| PLACE OF PRODUCTION | DATE | TIME |
|                     |      |      |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|----------|------|------|
|          |      |      |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---------------------------------------------------------------------------------------|------|
|                                                                                       |      |

| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER |
|---|
|  |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL       YELLOW—FOR RETURN SERVICE       PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

### PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

SERVED ON (PRINT NAME)    MANNER OF SERVICE
(attach return receipt if service was made by registered or certified mail)

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
|  |  |

### DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
                              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)        A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)        fails  to  allow  reasonable  time  for compliance.

(ii)     requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to undue burden.

(B) If a subpoena

**SUBPOENA**

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ ____ INF
_20051053610540_____ _____14326004___ IDD __34383 re:james E mcglown
w/assn #_____ ___9426DIS814415_____ PDT _2940DIS1342430_____
__1075fep1987wil1099c_____ GDN _____ _____ TRP _____
_____ CON _____

Estate of
Meredith McGlown

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #18053415J0
Exp. 01|23|2032

heir/trustee/conservator

To: _ Defense Intelligence System Agency -Fort George G. Meade, 4409 Llewellyn Avenue Fort Meade, MD 20755.1-877-347-2457(office). United States National Director 4409 Llewellyn Avenue Fort Meade, MD 20755 (301) 225-6100 (office), (301) 375-0510

(DSN)._____ xx☐ YOU ARE
COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|-----------|------|------|
|           |      |      |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---------------------|------|------|
|                     |      |      |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---------------------|------|------|
| PLACE OF PRODUCTION | DATE | TIME |
|                     |      |      |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|----------|------|------|
|          |      |      |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER | |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL     YELLOW—FOR RETURN SERVICE     PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| SERVED | DATE | TIME | PLACE |
|---|---|---|---|
| | | | |

SERVED ON (PRINT NAME)     MANNER OF SERVICE
                          (attach return receipt if service was made by registered or certified mail)

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

### DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on  _____
                          DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

    (1)    A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce this duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

  (2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

    (B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

    (3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)    fails to allow reasonable time for compliance.

    (ii)    requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides,

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## PROBATE DIVISION

_9426_____ ADM __8989011usa_____ _____ INF _20051053610540_____

_____14326004___ IDD __34383 re:james E mcglown w/assn #_____ ___9426DIS814415_____

PDT _2940DIS1342430_____ ___1075fep1987wil1099c_____ GDN _____ _____ TRP

_____

_____ CON _____

Estate of                                    Al Ahmadayyia Foundation Group
                                             Khalifa's Essential Choices
                                             EOI Meredith McGlown #1803341910
____MEREDITH EVETTE                          Exp. 01|23|2032
MCGLOWN_____

                    Heir/trustee/conservator/executioner

To: _ Colbert, J., Social Worker, LICSW, 455 Massachusetts Avenue NW, Ste. 252 Washington, DC 20001
(202) 803-1732 (home)_ Email Address jancolbert19@yahoo.com,

_____ xx☐ YOU ARE COMMANDED
to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
|  |  |  |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| PLACE OF PRODUCTION | DATE | TIME |
|  |  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
|  |  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER | |

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL        YELLOW—FOR RETURN SERVICE        PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | (attach return receipt if service was made by registered or certified mail) |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
                              DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45. SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)     A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the subpoena if it (i)        fails to allow reasonable time for compliance.

(ii)     requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be commanded to travel from any such place to the place of the trial or

(iii)    requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to undue burden.

(B) If a subpoena

(i)      requires disclosure of a trade secret or other confidential research development, or commercial information, or

(ii)     requires disclosure of an unretained expert's opinion or information not describing specifics events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii)    requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 25 miles to attend trial, the Court map, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonable compensated, the Court may order appearance or production only upon specified conditions.

**(d) Duties in Responding to Subpoena.**

(1)      A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

SUBPOENA

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

_9426_____     ADM
__8989011usa_____
_____     INF
_20051053610540_____
_____14326004___     IDD
__34383    re:james    E
mcglown  w/assn  #_____
___9426DIS814415_____
PDT
_2940DIS1342430_____
__1075fep1987wil1099c____
___     GDN     _____
_____ TRP _____
_____ CON _____

Estate of

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1803341910
Exp. 01/23/2032

___**MEREDITH EVETTE MCGLOWN**_____

Heir/trustee/conservator/executioner

To: _SECRETARY OF STATE MICHAEL HENDERICKSON 801 Capitol Way South Olympia, WA 98504-0234

(360)725-0377_____  □XX

YOU ARE COMMANDED to appear at the place, date and time specified below to testify in the above case.

| COURTROOM | DATE | TIME |
|---|---|---|
| | | |

□ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE | TIME |
|---|---|---|
| | | |

□ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (*list documents or objects*):

| DOCUMENTS OR OBJECTS | | |
|---|---|---|
| | | |
| PLACE OF PRODUCTION | DATE | TIME |
| | | |

□ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE | TIME |
|---|---|---|
| | | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. SCR-CIV 30(b)(6).

| ISSUING PERSON'S SIGNATURE AND TITLE (indicate if attorney for plaintiff or defendant) | DATE |
|---|---|
| | |

ISSUING PERSON'S NAME, ADDRESS AND PHONE NUMBER

**(SEE RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE ON REVERSE)**

**WHITE—ORIGINAL**       **YELLOW—FOR RETURN SERVICE**       **PINK—OFFICE COPY**

Authorization as required by D.C. Code § 14-307 and Brown v. U.S., 567 A. 2d 426 (D.C. 1989), is hereby given for issuance of a subpoena for medical records concerning a person who has not consented to disclosure of the records and has not waived the privilege relating to such records.

_____
Judge To Whom Case Is Assigned

## PROOF OF SERVICE

| | DATE | TIME | PLACE |
|---|---|---|---|
| **SERVED** | | | |

SERVED ON (PRINT NAME)       MANNER OF SERVICE
                             (attach return receipt if service was made by registered or certified mail)

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

### DECLARATION OF SERVER

I do solemnly declare and affirm under penalty of perjury under the laws of the District of Columbia that I am at least 18 years of age and not a party to the above entitled cause and that the foregoing information contained in the Proof of Service is true and correct to the best of my knowledge, information, and belief.

Executed on _____
                        DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

RULE 45, SUPERIOR COURT RULES OF CIVIL PROCEDURE, Sections C & D

**(c) Protection of Persons Subject to Subpoenas.**

(1)       A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The Court shall enforce his duty and import upon the party or attorney in breach of this duty all appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.
(B) Subject to paragraph (d)(2) of this Rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance of such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any of all of the designated materials or at the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the Court. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the Court shall quash or modify the
        subpoena if it (I)       fails   to   allow   reasonable   time   for
        compliance.
        (ii)    requires a person who is not a party or an officer of a party to travel to a place more than 25 miles from the place where
        ·       that person resides,
is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)9b)(iii) of this Rule such a person may in order to attend trial be
commanded to travel from any such place to the place of the trial or
        (iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies or  (iv) subjects a person to
        undue burden.
        (B) If a subpoena

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

Meredith Mcglown, Emirates of Israel

CEEO of Al Ahmadayyia Foundation Group, LLC.

DBA Khalifa's Essential Choices, Inc.,

Plaintiff

VS                                    Case:

Dept. of Commerce

Federal Depository Bank

& Treasury Retail Securities,

Defendant


**Writ of Habeas Corpus Videlicet Exempli Sequitor Annuit Coeptis**




The Actuary is registered with all countries and is the Chief Economics

Executive Officiant of her own foundation which has Foreign Affairs in

US Ninth Western             700 Stewart St.
District Court              Seattle, WA 98101
                           (206)370-6400

several countries. The plaintiff is also an E-Commerce registered agent and

official under registration number **1803341910 & 180331910**. The US

Actuary of the United States with accompanying Actuaries of Afghanistan,

Iran, Iraq is an Sequitor and is considered an Expert under the voucher of

Expertise **QDL324830.** The Actuary of Israel is an american citizen under

the Asylum Act. The plaintiff is also a member of the Registered

Community of Microsoft Symantec Registry of 365. This community is

sometimes known as the Yiddish Community.


As an Government Accountability Officer under registration **13551452**, the

plaintiff's identity was compromised, and the plaintiff's life sought to overthrow

the Governance of the United States of America Presidency by means of Federal

Municipal Initiative Actions. On May 15th,2002, President Bush signed the **No**

**Fear Act,** which is the notification & **Federal Employees Antidiscrimination &**

**Retaliation Act of 2002**, Section 301, which required that the agency post every 3

months its public website summary of statical data relating to Equal Employment

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

Opportunity Complaints filed against them under 29 CFR part. 1614. There were

several things wrong in this amendment and I sued the United States for

negligence and false proclamation of law. I was taken against my will to another

redacted regional area and was subjected to **Debriefing**.

 Under the constitution of America, I cannot be debriefed under any foreign or

domestic law in the entire universe. I was then asked to join a party of terrorist

who was outfitted to assassinate the President of the United States and all acting

members of the **Congressional House of America**.

After being contacted by the **Department of Defense, Pentagon Intelligence**

**Agency**, I was asked to help secure the Actuary of the United States and briefed

that the country was operating under a no currency democracy policy that was

drawn and had been accepting loans with large amounts of interest for years. It is

in the sole discretion of the Federal Court to separate the Department of Defense

cases from the Federal Commerce Cases on my behalf.

In this Coepits, I will explain the motive of the Dept. of Commerce, it's written

contract to me as it best is on my mind and the breach in which its hired personnel

acted in. An **Order of Precedence** per Article 10118112-07, Section 36.274€ (3)

in 2003,2004 and 2012 of February was signed for the Trust Estate Securities

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

Commission to release my funds to me and Announcement 2012-31 was remitted

before Congress. At that time, I was in possession of my Islands at location

3609028956,360028988,3609028994, & 3609029008. This was so ordered by the

**Honorable Sidney Thomas, Senior Chief Magistrate** of the US Appeals 9th

District Court.Then again on 12/5/2018 & 12/5/2019.

The Federal Reserve Treasury Commissioners signed and witnessed my

Centralized file with my Trust Merchant Accounts and property of equity being

placed in securement with the Internal Affairs of the Treasury Department & US

Commerce Agency on file called a **MICR Disk.**

Registered under Circulation File No.**: BOX Ay 3939**. It was reopened on

12/13/2019 & 05/25/2013 with my Social Security number. There was an

Consignment of loan granted to the US Actuary of the Treasury of Commerce and

verification of the **Great Seal of Eplauribus UNUM** was submitted as being my

registered blueprint filed as **File No.:00074076622000003**.

 A Promissory note was drafted, and the United States Secretariat of Treasury

signed it in a promise to pay it back as **US Bill HR3525**. The original Note has my

seal of Actuary on it. The loan was **1 trillion dollars**.

US Ninth Western                 700 Stewart St.
District Court                   Seattle, WA 98101
                                 (206)370-6400

In 2013 & 2019, it was for **One Zillion Fifty- Six Dollars**, on both occasions.

 The US Treasury Secretariat had already owed me finances from 1991,2001 &

2013 with an **26%** interest rate. When the loan was going into default, I was

offered an Swap of Shares and took those to reduce the interest rate of the loan and

lowered it to **6.86%** according to the Federal Rate of the Indexes placed and their

maturity level on the SEC.

Dow Jones was not the only Index and the Index in which the Commissioners of

the Commerce were acting in was not a very good one. It was individually owned

by their Actuary holding company. That Actuary Holding company was United

Kingdom based at the time, so the Index was Foreign but had registrations that

were under the Trust Indenture of the SEC of the United States of America.

I am the Heir of the Kingdom of Saudia Arabia, born Allah Eli Mcglown, after

being abducted from home when I was four years old, I was sir named

Meredith Evette McGlown. This name has been my given name by my

Guardian since I was four years old in an Calcitrant Procedure under Newman

Settlement Agreements. Case Number **CIV. No. 87-4757-WDK**.

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                          (206)370-6400

I was considered to be an Farmer, who was specialized in the harvesting of the

Opium Plant.


In 1978, I took full responsibility of my persons and was declared a ward of the

state, then I made **Declaration of Citizenship** with my new name and social

security and declared Emancipated by the Immigration and Naturalization

Agency. I am an child of an Alien Classification **AM2-**Naturalization number

**500766869**. My Sponsor is an **A1-** Ambassador, Minister, and Guardian of

myself.

 In 1979, I arrived with an **I-94 #AGO 13551452**, under passport

**#811616251** which is current and expires **01/13/2032**, along with my E-

Commerce Commissioned number of **1803341910**. I have Diplomatic

Immunity as a citizen of the United States. I was granted my Conservator Trust

 Which was parented with James Edward Mcglown, whose also took

Emancipation.

 I had Naturalization at that time. Both were granted full

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

conservatorship over their estate, and both are the principal owners of their

estate. My registered Security Intelligence Protective Currency ID # is **40553953**.

My SUIR of Israel is **207562091**. I have a military Code of **Y** with an alien

registration number of **AG1334**. I am an Qatar heir.

 I have Derivative Market Accounts and at the time of litigation for nonpayment to

me by the Federal Reserve Bank with JP Chase, Dreyfuss, E-Trade,

TDAmeritrade, Fidelity, Charles Schwab & BOA Merrill Lynch I filed for

conservatorship. These are all **Wealth Management Private Client Accounts**. I

also have an account with BNY Mellon and an contract at the time was in effect

under **Accession No.: 1402600434380**. This signed agreement and court order was

decreed by the Attorney General, Director of Treasury, and US Customs &

Immigration Affairs Unit. Roche Bobois Unit of the Secret Service was present as

well.

I opened another **Roth Contribution Retirement Fund** and deposited my H

Series T-Bills in them that my guardian bought in **1968.** They had matured and I

reinvested. When the market started to decline in the US I liquidated.

US Ninth Western           700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

I received an Letter Ruling for my filings of my **Great Seal** and tax exemption for

my foundation and received **LTR0086c. The Actual Acquisition of the United**

**States itself is that seal.**

The Circulation file of my persons was opened after giving direct testimony in

.Sacramento, California, Washington, DC, San Francisco, California and

Richmond, Virginia, on behalf of the citizens and innocent in 2013.  I met with the

Federal Secretariat Incumbent Chairperson of the Federal Reserve Agency, Mr.

Jerome Powell. Under **Ac. No. 1-4026-00434380,** I filed an Case Management

agreement with the Dept. of Commerce Master Auditor for my Centralized file to

be disbursed as an Supplemental Allotment and instructions on how to handle my

trust.

After which I was in full acknowledgement and control of all my assets and my K-

Corp corporation's businesses. I had been directed that the funds would be sent to

my account and disbursed to me by the Retail Merchant Securities Agency along

with the funds that I had liquidated under the Securities Exchange Commission. I

had an Property audit from my inherited share of the trust which was done by the

Internal Revenue Service- Special Tax Auditing personnel called Interium.

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

There were several agreements, contracts, authorizations of authority signed by

myself and none of them gave authority to the United States of America

Commerce Department to disburse any of my funds to themselves, act as my

conservator to disburse to nations or to authorize the disbursement of my funds to

anyone other than myself.

I did not authorize the grants for my college funds, housing vouchers and

transportation vouchers to be granted to the public in a contest, grant or as a

supplement of any kind including a merit system of pay or as a project of any

foundational support.  All acting CEOs were to be dismissed with leave of pay for

the securement of the corporations when the job of retainment was over.  They

were authorized at an allotted time for the transferring of the SEC shares off the

index with an CEO status and then exhausted of those rights to swap, bid or trade.

The liquidation process was done in an immediate act due to illegal swapping and

purchasing of corporate shares without the corporate heads acknowledgement and

the shares needed to be secured and the notes redeposited.

The country was being extorted by Asia, Hong Kong and other non- registered

people who were claiming to be the Chief Commissioned Officers of the

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

corporations in which my trust had shares in their country and actual distribution

centers.

 I had litigated in the **Matter of the Republic of China, Matter of Shaughnessy,**

**Matter of Laureano, Matter of Escobar, Matter of DOD, Matter of James E.**

**Mcglown vs. The Administration Council of the House of Congress, Matter of**

**the High Court Vs. P. Kambula, Matter of Dominick & Dominick, Matter of**

**Ho and Matter of Soriano.**

These people were familiar to me yet due to the Perfection of the Department of

Defense Intelligence Unit they did not recognize me, but I knew them. A work

furlough program through the administration of **William Clinton** was being

presented to see if a furlough of rehabilitation would be good in some factors of the

cases so that the children which were about to be adults, could take a interest in a

nice career path.  When someone doubled back to Canada and started to liquidate

shares. This act had been committed before and an Trust Indenture had been set

forth. So, the authorization was only for that set time & event of occurrence, not

for long term placement of the corporation. The Board of Council which

governances the CEO placement did not decide this and was in the process of

restructuring itself for it's new heirs to take a seat at the council table.

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

These ideas and committed agreements were signed by the commissioners and they

breached their portion of the contract, and the financial securement of finances

were never given but I was stolen from. Some of the hired Commissioners at that

time actually participated in the liquidation and swap of currency, shares, IO

Options, Common stock, and notes of the corporations in 2013-2020. Acting on the

fact of the corporate heads not being able to watch everyone and them having

access to the Human Resources Department gave them a lot of lead way to damage

the corps and to do things the Principal Owners had not authorized.

Some shares and stock were found in other countries and in the financial

institutions of Foreign nations after a subpoena was granted. The signatures from

Canada for point of sale matched to the unlawful holders.

 As far as the Work Furlough Program, I was an Sponsor of such a program and the

children had been in orphan stage for quite sometime. I did not oppose all but the

situation got out of control when a little led way was given and the ex-convicted let

out people who were not commissioned and they took it on themselves to legalize

themselves with names that were not assigned to them. The Commissioners were

in custody Your Honor.

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

My Foundation is large in context, and I have a Sponsor that writes grants and scholarships for underprivileged people who have not had the opportunity t.be a Judge yet is very prefound with law. Citizens who have never bought a house yet have terrific ideas of how to manage money to afford one.

I was under the direct surveillance of the **Internal Affairs Unit** of the **Centralized Intelligence Office**, and I had no reason to question what their intentions were. I had been dealing with the CIA for quite sometime and it was unusual for them to have a laser system in my area. However, once I went to court, I had all this type of security taken off of me because I had discovered some disturbing news in regards to our commissioners.

I witnessed their surveillance in my neighborhood but as I said I was in court in a closed procedure only submissioned for the authorized agents in which were registered to represent such agencies.  There was a **Child Enslavement ring** going into and out of Mexico. I lived near the border at that time, then in several other locations throughout California.

I was to be granted a full **K. T. Transfer** of my Estate and cash funds that were exchanged into US currency from the Federal Reserve under Inheritance Claims.

US Ninth Western           700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

This was decided in an administrative case with the SEC, under Securities

Exchange Act of 1934.

An annual year end to date of **12/31/2019** was filed on **Feb. 20th,2020** and was

declared redeemable to full value. As I spoke of earlier there was mischief with the

Commissioners and free writing of Prospectus was violated & regulated under **EU**

**2017/1129** to ensure that the trading and the true ownership was done by the actual

principal owners or their assigned CEO's. One matter I was directly involved in

was **Phillip I. Moncharsh vs. Heiley & Blasé Et. Al, Santa Barbara County**

**No.: 179759, TECRO- Regulation of the Defense Department Intercept and**

**Obstruct Terrorism ACT of 2001, The US Patriot Act, Identification**

**Curriculum Notations #459261,** and Hague International Industrial Designs.

Then some African National claimed he was my Father and tried to contest my

trust. These claims are known as Compensation Trust Funds. I was recorded in the

area of my residence by the group posing as CIA Agents. Some were some were

not.

This occurred during the investigation, after the investigation and after the court

procedures.  In the Hearings a small entity discount of **50%** and a Micro entity

discount of **75%** for all registrations was admitted and signed contractually. Those

US Ninth Western            700 Stewart St.
District Court              Seattle, WA 98101
                           (206)370-6400

authorizations were under the **DM/1**, Item 18 of the contract and submitted into the

US Patent & Trademark Office. The prospectus was simulated with an E-

Commerce design and clarified if the Bonds, Common stock, Notes and T-bills

were authentic. The investigation was about the trafficking of drugs and Human

Trafficking of Official members of Congress or their families.

 Then it was about the employed officials who were commissioned in the Federal

Civil Agencies. I was then enhanced on drugs such as drudge, ecstasy and

methicine. Extortion of shares, indexes and T-bills series H was taken place in the

Federal Reserve Agency. Not the Retail Securities Exchange or the Retail

**Securities Treasury.**

This was not in the cooperation section of the file in which was drawn, and I did

not sign for myself to be apart of the Falon Hoang Medical Practice which was

being presented from **Hong Kong Republic of Hong Kong**.

I signed that if I was to demise that I would donate my body parts to science. That

was 1994, after it was viewed that there was another person present with me on my

life support system for **Immunology**. This signed agreement of Donation only

lasted a few years. It expired; it was done through the Department of State

Licensing. I have **Lymphatic Leukemia**. A very deadly lump was discovered in

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

my breast in 1975. It had grown by 2000 and I had an biopsy done in San Diego,

California to determine the risk factors. My medical records were and are

confidential.

Yet, in 2016 these people were here claiming to apart of the presentation of the

Work Furlough that **Mr. Clinton** was submitting before the Congressional House

of the United States of America. Opportunity was presenting itself again and the

countries that we were in war with before through media initiation started to

submit paperwork.for the **Immigration and Naturalization** for a **Work Furlough

Program**.

The country had been being extorted through an voice activation system and we

were hearing demands and abuse in the background of the address system from the

Department of Defense. It was not our Defense system. So, it was clear that

someone was being hurt and it was clear that the asking of the T-bills was what the

individuals wanted. From my understanding an temporary Visa was granted. I did

not have any problems with **Korea** but with **Hong Kong**.

After I arrived in my new location and gave testimony to the things I seen in my

neighborhood that were directly related to child trafficking.

US Ninth Western                    700 Stewart St.
District Court                      Seattle, WA 98101
                                   (206)370-6400

In 2020 of May, I was to issued another part of my trust under my Shares that were in my trust called **Autocallable Step Up Notes**. Yet the funds were not deposited into my account. The Corporate businesses were open, but the administration was being reconstructed form those who were acting CEO's back to the principal Owners because some illegal trading had taken place.

These shares were on the Index and these shares were my shares and registered to my corporation and under my seal and under my Trust Merchant accounts.

I arrived in Seattle, Washington in 2016, and the agreement had been signed by the FRB, DOC and RTS that my funds would be disbursed.

I was assaulted after my arrival, filed in a court of law, am mandated, and seeking Supreme Court procedures. I never agreed to help disburse any drugs help to overthrow the government nor to help to steal the Intel of the Dept. of Defense. Through the course of time, I have had IO shares that I have liquidated, traded, or cashed out with proper units of Financial Asseture Agencies. The Principal Owners of the **IO shares** specifically were **EEA Qualified Investors of the Department of Defense**. An Ownership in a share of Series O Non – Cumulative was not proportioned and fractional share splitting was prohibited in the DODD Frank Act Wallstreet Reform 15.  A Declaration of Trust notarized in King County Superior

US Ninth Western             700 Stewart St.
District Court               Seattle, WA 98101
                             (206)370-6400

Court in Seattle, WA with a clause was submitted and I was listed and had signed

the Declaration and I am the title holder of the Shares in the Dept. of Defense.

A policy exclusion was drafted for me to reinvest, and I declined. An **Order of**

**Precedence** was resubmitted under **Form 4144** on **11/15/2019**. As receiver of my

shares and cash assets I seen no need to invest in a swap trade of shares with the

Department of Defense again. All Accrued and payable liquidation assets were

granted to the true board of Directors as well as accurred quarterly arrears

beginning on **April 15th,2022**.

Policy stated, that if the BOD did not collect accurred payable dividends for the

periods then they were not obligated to pay dividends to them. All risk-based

capital guidelines are to be approved by the Federal Reserve and the plaintiff filed

an Contrerias case. I had full releasure granted and the fraudulent Senior Chief

Executive Economics Officers were asked to surrender all authenticating keys,

codes, and administrative monograms. The DOD was fully operational and had its

military back in its control. There was no threat to it. The Federal Reserve was also

operational.

US Ninth Western        700 Stewart St.
District Court          Seattle, WA 98101
                        (206)370-6400

As an investor, I did not fully pull out, but I did not reinvest, as an independent

contractor I subdivisioned my distribution centers and sought new intelligence

developers as writers for Intelligence software for my Corporation.

 As an Merchant, I sold some of that Intel to various countries with the knowledge

of how it was designed and what it would it do. I demonstrated the efficiency of

the software to several Countries and then someone through the channels of

Canada tried to steal my assets and my trust funding as well as my corporate

Blueprints.

Peer review articles were written only and an **Reversal Revision of Actuary** was

granted back to me when the country forfeited it's states. My E- Books digital

Material was stolen from the country's care and my Islamic Translation apps were

damaged with an Homosexual who was displaying sexual intent to my clients.

Critical Apparatus of my Microsoft Intel Core intelligence Units was sold and

tampered.

The Division of the Research program National Endowment for Humanities in

which those caught with the Intel had, was not in fact the employer or

organizational sponsor of those who had tampered and altered the software or it's

blueprints. China or Asia was acting as my Remote Access agent to clients in the

US Ninth Western           700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

area of Seattle and the HP, LLC business was specifically asked to give them their

schematics of corporation.

 **Victoria Yve** of Asia Edge Business Development Mission to Southeast Asia was

acting with my sealed and registered Commission.  **Delia Valdvia** of Cyber

Security Business Development Mission to India was acting as my Administrative

Head for Security Clearance into my businesses. TBD- Executive-Led Trade

Mission & Business Development Event in East Africa, **Daniel Gaines** was acting

in my place of business in several locations. **Leone Mutoka** was answering my

business lines set up by the Department of Defense and Human Health Services.

 I was incapacitated Your Honor, I have Cancer. **Danica Starks** Commercial

Advisor of the Office of the US Executive Director Head of Department of

Commerce MDB group was working for me, and I did not commission this

individual as an CEO of my business. What was very apparent to me is that

someone did not want me to take ownership of my business but did not know that

the trust was due to pay me my EIC and decided to interfere with releasure of my

assets yet continued to operate my businesses and did not file the taxes on the

business and the IRS frozen all accounts.

US Ninth Western                700 Stewart St.
District Court                  Seattle, WA 98101
                                (206)370-6400

In my **Escrow Merchant Accounts**, my listed banks were in the Centralized File made by the Internal Affairs of Internal Revenue Services. The World 294.Bank in Washington DC is one of those accounts. My trust had occurred 295.demurred fees and after I took control of the Estate, I paid those fees and all filings that were necessary for me to legalize the trust out of default. Now since the Retail Treasury Securities has not paid me my funds the litigation. And coming away from the countries extortion has grown overburdensome.

The value of the Estate is in excess of over 9c. I called in the **Ambassador Extensive & Plentitude Advisor of Eritrea** on **April 17th,2001** and asked for his services again since this matter has not been resolved. I have tried to open an Treasury Direct account and the site was tampered. My cash debit card from US Direct Express has been tampered. My TD Ameritrade account has been tampered even my public storage account was accessed and extorted.

I also had **Private Rulings**, under Internal Revenue Bulletin 2022-1,01/3/2022, part 3, Administrative, Procedural and Miscellaneous Sections that exempted me from User fees by the Dockets, Records and User Fee branch of Washington, DC.

I recently asked for an waiver again and have not heard back from the agency. My corporation is registered in Seattle, WA with an Tax-Exempt filing of **W-8 BEN &**

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

**5498-ESA** filing for the tax period of **000000**. I have included my business

registration license and I have placed my seal upon the filed court documents.

 I have also submitted to you my Corporations & Charities Division Letter is

included. I am the Foundation Owner of all the foundations listed. I am the true

Heir of Israel.  I filed an Identity Theft Affidavit with the State of California Tax

Board on **12/5/2022** and prior for all identity theft issues pertaining to my Trust

and my K-Corp Merchant Businesses. My father James Edward Mcglown wrote

the Geneva Act. There are some gentlemen that were appointed to handle some

trading on the index for me when I was ill. Those gentlemen's lives were bided

upon, and I recently was asked to pay for their freedom again.

As December 31st,2021 I had over 6 million shares of preferred stock invested with

the US Government and those shares were at maturity and I needed to liquidate

them. The country has not made good on disbursing the funds from the investment.

I am not inhumane to the faction of an overthrow, and I do not adhere to terrorist,

but I find it very inhumane that our government would risk the lives of it's citizens

to an terrorist cell operation and allow these people to reside within our borders as

our co-workers or as an banking instrument of our financial assets. Being

US Ninth Western                700 Stewart St.
District Court                  Seattle, WA 98101
                                (206)370-6400

threatened with genocide or any other type of cell regeneration through animals as

a means of control over our bodies.

After the Negligence of the State of Washington for failing to protect me with an

**Department of Defense Witness Protection Participant Id** and Extreme

Protection Order I was granted to file in the US Appeals Court in San Francisco,

California.

The case was mandated but never assigned a Calendar Date for trial.

The case had all merits to be heard and fully decided upon in the Federal Court of

the Western Division. It entailed murder, extortion, and child molestation yet it

was denied. I filed for Judicial Misconduct and non-adherence of the law and

violation of my **Civil & Human Rights**.

Unfortunately for me the lives of the administration of the judicial Officers was not

the main concern of America and many died. Many more will probably die also

before this is over because an reinfiltration has occurred. I can only as a citizen of

the United States of America seek justice through the Justice Department which

states to me that it will uphold the laws of the land. I filed an 3520 with IRS. I filed

an **Schedule B**, with my 2018 tax filings, I filed an **Schedule R**, a **Schedule E,** and

an Earned Income credit.

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

My **IRS** taxes were deducted from the amount in which I was entitled to receive, and this occurred from my US Direct Express debit card where the Direct Deposit was placed from the IRS. I have grants that are discretionary for my fellowship only that has not been issued to me as well. Every effort of elevation attempt has been stopped through the Federal Agencies in my immediate area and I know that only an admittance of employees could make such an alteration.

This denial is coming from the internal offices administered by people not by the law itself. Under the law I have full rights and no discrepancies. 95% of the corporations' future investments are pulled out and there are no intentions of reinvesting in such a act of relationship between myself and the people of the United States.

Infrastructure partners have pulled their investments as well. My system of integration does not work for the immediate residence of the State. I no longer have an active contract to protect the financial assets of the country with **Veritone** or any other affiliated **Verizon Distributors Corporation**.

The contract ended in 2001 after legal arbitration and both sides decided it was best for each side to seek other future endeavors. In recent events the BOA Security

US Ninth Western          700 Stewart St.
District Court           Seattle, WA 98101
                         (206)370-6400

Midcapped at an overall high year to date and liquidations were granted to

investors.

My assets for supplemental income was netted to be placed in an allotment in

Human & Health Department for Social Security Supplemental Income but it was

erased, and I was only granted **$942.00 a month**.

I have special Indemnification for the Chain Letter Scheme A monetary unit that is

not granted or given and an very serious drug addict that is petty and wants to

extort every avenue of business the area has. This takes effort and it is an group

job.

The compliance **Bureau Municipal Section F151**, allows me to be granted a fair

trial and to declare myself as unconfidental before the court so that a Fair trial,

meeting, council review or administration hearing can be granted for my persons. I

am the **Guardian Ad Litem** of myself as is declared in an Court of law.

I have an **Federal Reserve Bank** of my own and it is an Actuary Bank. The United

States Retail Treasury Services has received All forms in relation to the transfer of

my private accounts to me and I have complied and opened an personal account

with the local banking instruments in my area.

US Ninth Western              700 Stewart St.
District Court               Seattle, WA 98101
                             (206)370-6400

This area was targeted for a crime of laundering money from an **Drug Cartel** into the accounts of my Actuary Merchant accounts and I was assaulted daily as a citizen just doing routine things through an demonstrated media app and the activation of an live person under the lens of an HoloLens. The Dept. of Commerce has failed to disburse my Marketable Securities which I had set as an supplemental fund to be given on a monthly basis.

It was set by the Dept. of Commerce for those funds to be disbursed through the Social Security Administration as an Supplemental Disability Income. This was also concluded in an Letter Ruling under 3440(c), Supplemental Welfare & Institutions Civil Code. I have ruling **LTR 3432(c), LTR 03010** and all of these were from **2017-2021**.

Prior rulings were done under Special Circumstance Cases due to extortion, child molestation, rape and rape with a forcible object, identity theft, illegal marriage of a minor, property rights, medical malpractice, copy rights infringements, and Patents rights.

US Ninth Western            700 Stewart St.
District Court              Seattle, WA 98101
                           (206)370-6400

The **Matter of US Actuary of Enrollment Act** was amended 2012-2024, under

Article 2012-2030, that allowed me to act as an Preliminary Joint Committee

member to address the conflict of interest of enslavement of my persons rather by

means of media, photographs, sonogram, or x- ray.

This case was special circumstance because it only allowed for me to address the

issues and contest the other parties who were claiming me as their heir or some

other relationship factor in their lives as a child.  Regulatory Information Annual

Audit cited under **AE 2.10613:151** with Title 15- Commerce and Foreign Trade,

Chapter 8 was decided 01/01/2017, and declared I did not have to distribute any

goods, services, or manufactured material to the nations in which were trying to

enslave, extort, or expose me to germ warfare.

USC Procurement 9389(1),9388(3),9398,9389(2) & 9400 of the Federal Registry

Code also excluded me from being a part of any religious group that practices what

I constitute as Antichrist based.

I testified against President Al Gore and his cabinet in an Declared and Calcitrant

procedure before the Congressional House in **Case No. 07- 052702922**. The base

factor of the case was an extortion-based means to stay in the country as an official

of the government and to be the overseer of the financial accounts of the

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

Department of Defense and the Foreign Accounts of the Federal Reserve Treasury Department.

This case was concluded with an conviction and the former President was found guilty of all charge against him. This case also was an associate a case of the **Commonwealth of Africa & Milton Keynes, MK 10 1 XX, United Kingdom**.

This drug & enslavement operated for more than 20 years off and on and was the investigation that the CIA was doing in my neighborhood as is mentioned above. I have T-bills with the country of the United States, and it was viewed from his private chambers as the one in which he was operating under and selling the US Mint T-bills and notes from to bidders on a sight called **"Scam.Likely"**.

South America was involved and many of the T-bills were found in their possession and an Confiscation of currency was ordered upon the Treasury Department of the South American Country.

The assets were frozen, and all declared assets from my corporation that were included in my trust were turned over to me by the acting agency after it found myself and my business partners not guilty of laundering, selling, demarcating, and manufacturing US Currency. Special Agent Spencer was taken hostage as a means to threaten the likely outcome of the trial, but the courts ruled justly, and the funds,

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                          (206)370-6400

trust, actuary, and patents were returned to their rightful owners with an injunction

by the acting President Barak Obama and his administration.

The Calcitrant ruling game me the authority to have my funds disbursed, to have

all my supplemental grants given unto me and to a community of citizens. The

Matter of the Republic of New China InLigates of Immigration & Naturalization

Case No.:**04-23470188** & Case No.: **1296120519** of 2004 trailed the case and the

presiding Judge ruled for confidentiality of my persons due to the fact of the

knowledge of the Secret Service revealing I had been copied and an possible

attempt on my life was causible.

I litigated with businesses such as Edward Jones for the cash deposits to be placed

in my account and I asked that I be granted sufficient time to secure my K-Corps

and to relocate to a safe place where I could open an account and an Fed-Wire

service would begin. These hearings were under the Judicial Agencies and all

information in regard to me and my trust or any other business pertaining to who

was making what or who was to receive what was only in the Circulation file of

Master Auditor of the Probate Division of the Superior Court in Washington, DC.

US Ninth Western          700 Stewart St.
District Court          Seattle, WA 98101
                     (206)370-6400

The Federal Reserve sent me Bonds that were declared as being not adherent.to the

law for disbursement by First Tech Federal Bank in Seattle, WA by the Manager of

the facility. The bonds were not declared as being authentic and therefore were not

cashed and placed into my account. I requested that the mature shares I had as a

perpetual holding then be disbursed and deposited into.my account and the letters

went unanswered.

However, the US Direct Express Treasury account set up for my Supplemental

Disability Income disbursement was being disbursed on the authorization of a.

member of the Escobar drug Cartel that I had just left court in regard to. This was

not set as an authorized personnel Interactive Voice Response Representative for

the US Direct Express credit card services, debit cards or Merchant accounts. The

individual known as "Priest" aka Al Gore was actually working tin the restricted

area set aside by the Department of Defense for the Witness Protection

Participates, was working in the bank of First Tech Federal.as an Special Agent of

the FinCen agency.

My Taxpayer Identification number is listed on all forms submitted for my funds

releasure and my shares are being held at the Retail Treasury Services of the

Federal Reserve Agency and have been disbursed. This matter has caused grave

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

hardship to my businesses, and I was court ordered to close all the businesses so

that the infiltration of criminal activity could be minimized. Due to the extreme

conditions of displacement for the previous years I had to go underground and stay

as minimally out of the public eye as possible. My EIN numbers are registered, and

I have been subjected to more germ warfare and more illegal tampering in my

private affairs. I have found the courts and the Justice system to be crowded with

people who are not authorized in this area to work and who defiantly do not have

an witness protection contract with the Department of Defense.

 When I submitted for my case to be granted to me it was unheard and no notice of

acknowledgement was granted yet the corporations in which I own have disbursed

my goods, services, and my cash to people who I did not hire nor grant for this

disbursement.

The factor here is that the contract between myself and the Commerce department

was breached, and the negligence lies with the agencies and the factors of the

criminals being able to do whatever they want to an corporation or any business is

still in play. I have done all things according to the law and the court has not

represented itself in the favor of upholding the law.

US Ninth Western
District Court
700 Stewart St.
Seattle, WA 98101
(206)370-6400

The rape of my persons, the genetyping me to animals, the disease, and the infiltration of genocide of the food has been a factor. The tampering of my accounts for services such as Paramount, Public Storage and CenturyLink cable services has been part of the breach. I did not tell the Commerce Department to list me as an sponsor of any country or it's citizens nor to disburse my E-Commerce registrations to anyone. It is unlawful for anyone to allow such authority in the workplace and the file was not with me but with the United States Judicial system, Federal Reserve Bank, and the Retail Treasury Services of the country.

I have had many physical assaults, many attempts to steal my currency, many administrative written letters and none of them are the people who write them. Identity Theft has taken hold. I can contest that the country has been overthrown and I do have a vessel that I can go in safety, and I do need my currency before exiting the ground Zero aspect of this situation.

The fact of being an Actuary and the currency holder of the Nation has played a factor in the terrorist minds, yet this court can't decide on an Federal Level what is lawful and what should be heard in it's court.

Cases have been deliberately sent to other regions so that the rest of the nation's agencies' intel could be extracted from the databases, and it be hard for the citizens

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

to contest or claim any currency or other means of livelihood. The state of

Washington has an obligation to hear the cases and to dismiss all personnel who

show up as acting factor from previous cases to be authorized to reside or act as an

official in any capacity where the welfare of the people is an concern.

All foreign currency is secured but the breach and the negligence of the Treasury

Department has caused the situation to be at an all-time level of high. The

overthrow is directed towards the United States and all who have funds to help this

country to stay afloat. I 'm asking the court that this case be heard before it in a

court of law between myself and the defendants for full disbursement of my funds

according to my case management plan.

I'm asking the court to be responsible as an lawful instrument in the removal of all

foreign currency that has been declared unconstitutional. I'm asking the court to

hear this case based on facts and take in consideration the damage done as of today

and not let the mindset of war criminals and their intentions declare us as slaves to

be domesticated to some terrorist with poor ethics. This country operates on the

currency of money and if it is taken then a merit system goes into effect.

The drugs, the rapes, the impregnation in a system of hosting of people cannot

happen.

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

The Probate Trust is registered with **Duns & Bradstreet Bureau Economics**

under 26182304 and 26072974 since 09/21/2020 & 10/09/2020. The Principal

Owner, which is myself is registered as the **GOE/EOI** under **13551452**

I am an attorney at law for Israel. I have also litigated my cases as an

representative under Washington registration number **461483**.

Since I arrived   here, I have. Inquired about my Probate in the King County Court

in Seattle, Washington, under case # **204058316 SEA**. This was filed in

12/26/2020. The beginning trust estimation at that time was

$900,000,000,000,000,000.00.

The Revenue for the K-Corp businesses since the Political Overthrow has not 545.

been calculated. The Centralized Federal Reserve Bank file for both the 546.State

of Washington Trust & the Washington DC Trust # **202100000292236708** has not

been disbursed.

The trust is an Sole Proprietor with investors from corporations such as Exxon

Valdez, Chevron Mobile, Verizon Communications, Lockheed Martin, Hewitt

Packard, and several FDIC Federal Reserve Banks, privately owned and publicly

Administered through **Elective Boards of Council**. The Trust was granted an

US Ninth Western             700 Stewart St.
District Court              Seattle, WA 98101
                           (206)370-6400

Letter Ruling under L0018597687. The Taxpayer is myself and the **Centralize**

**Authorization File number (CAF) is 46-4064194.**

It is an Prospectus Transfer Initiative Number Filing **(PTIN) of IO2519116.**This

assignment has been registered since 1986-2017. The trust/corporation/foundation

is an **Commercial Licensed ECommerce Chemical Transfer Data Wholesale**

**Distributor.**

It is associated with **Eretz Yisrael Kayined/EHRI Corporate Bodies** with an

associated social vital statics number of 10091992&1211994. The Foundation is

bonded under **Bond # IL735324830, IL73524842 & Il73524847.**

After I went to court in an Precedence Order, I was instructed to place a Bar

Associated number on the trust and an Licensing Jurisdiction State #. This

occurred in 2017. The Bar Ass. # is **B6461291** & the LJS is **Wamcglome301.**

Inside of the trust is an Merchant Tax Parcel and several Merchant accounts. The

MTP is **Map2021000002.** My Taxpayer identification number is

**TO942689989011.** I have Department of Defense (DOD) shares & Notes in that

trust. It also has Foreign asseture in the trust. The DOD Political Taxpayer

number is **IO2519116,** which is administered in the event of an World Order. The

PTIN number for the other asseture is **021912915 & 1991915814.** As I mentioned

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

it is an foundation/corporation and Investors equity account. I will list a few things

that are vital to my case as far the negligence of the Commerce Department and the

Treasury Retail Services Unit. After direct contact with me they released my

foreign assets that were liquidated from the SEC NYSE Index.

The Foundation had several trusts that were made from the investments into other

nations. The intangible England Foreign Trust under **BIC NBokGBZLXXX**, Ref.

**#171532**, Africa Foreign Trust **29417405097** with EIN # **45-1083477**-PTIN #

**1991915814** is the overall PTIN trust number. It also has an associated trust of

**294174015097** and is an IO Treasury of Defense Commerce Note.

The London Escrow Account was tampered and of course I was dealing with other

matters and did not get to the country in time to check where all monetary funding

was at.

After I arrived and contacted the registered members, I then put the assets from the

auctions & secured accounts into an Escrow Account Monetary Fund, under

**CT01Tro2usFRBIruSFE15.5sfca011** with my EIN number of **46-4064194 & 42-**

**689801**. I had accounts already setup before I arrived here, and they were in the

local State banks but when I inquired, I was told that the accounts were not existent

in my name and then I contacted the Private Client services section of the Financial

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                          (206)370-6400

branch and was told again that there was no such account that existed in my name.

I understand that according to law I needed to open an request for my Probate file

to be unarchived in the Probate Division in Washington, DC, yet the tax parcel

aspect of the trust was not here in my new relocated place of residence.

The E- Commerce commission number was registered in the county of King which

means that the tax Parcel should d have been registered as well. These provisions

were made according to the Case Management agreement of my Probate case. I

had Private Client services at Wells Fargo, Citibank, Bank of America, BNY

Mellon, J.P. Morgan Chase and US Bank.

 Your honor, I have one of the largest Merchant Retail Businesses in the United

States. I am your local Walmart, Target, and Sears outlets that you shop and have

services at on a day-to-day basis. The reason I started to liquidate from Foreign

Commerce and to restructure my corporate board was because the quality service

that my father and grandfather had for the plans of my corporation weren't not

what was being displayed to the public. Merchandise was faulty, food distribution

was contaminated, office supplies weren't being delivered and insurance policies

weren't covering their end of the policy. As an Corporate head I was not satisfied,

and I knew that the service was not good and when I inherited my portion I

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                          (206)370-6400

presented before my Board a plan that would make a difference and bring us back

into the Quality Control that we spoke about before launching or delivering a

product.

As an Corporation it is my job to make sure that the service is good, that the bills

get paid, and my employees aren't at risk of being hurt due to faulty mechanisms in

inventory. I sat for months diversifying what I could do and how much it would

cost me. When I was not being stalked or the demand to my family for me to show

up to service some pervert, I was in the office learning how to Supervise and

construct my corporation the way I want it.

Then after all the contractual signing I got here to be assaulted yet again and to

have people in my businesses who did not have authorization to be there or to be

disbursing funds from my accounts to some terrorist organization. When the

immediate act is from the Dept. of Commerce due to terrorist acts you kind of

don't want people to get hurt but once that situation has exhausted itself you expect

for your business to be conducted on the corporate aspect that this country holds as

it's commerce of the world.

The Dept. of Commerce made no effort in **7 years** to pay me my funds but expect

for me to reinvest and to keep climbing into an deficient and employ people to

US Ninth Western              700 Stewart St.
District Court                Seattle, WA 98101
                             (206)370-6400

sabotage my business. I choose to close my doors and to implement a plan that

would keep me and my family in good standing yet allow us to not be victimized.

The merchant accounts aren't being deposited into my account and yet the

companies are operational. I have sent corporate letters to the businesses asking

that the tax be filed and the stores to be closed. I have also instructed and made

available my location and my address for depositment of my funds from my

merchandise.

 I will not deliver any more merchandise to the stores until all the aspects of my

business are handled with the legality of the law.

As much as I empathize with families I cannot and will not carry these people.

They were reassigned those positions and they met with me and those that were

previous employees understood the situation and I do not see here what I planned

nor what my budget can stand.

In 2016, my shares were **98.16%** interest of accured shares, and I had accured

loans that were in the rear for **6.86%** interest. I filed for indemnification so that

reversal revision of payee could not take place and the accounts could not be

handled by previous employees.

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

I had Warrant Inquiries issued to vacate the premises, here and in other locations. I

have included in the cd's provided as evidence 1& 2 the actual documents of

tampering by the employees. The actual attempt to contact the **Office of**

**Comptroller of Currency**, the actual fact of an Check system being placed in the

region to elude the checking system that was in place and to elude the citizens into

believing that their credit or income was not in their bank accounts. Some banks

were backlogged to catch the exact dates of infiltration and some banks were

displaying through an app called **"Smoke Screen"** that there was not any funds in

the bank. I have merchant accounts and businesses that make about 1 million or

more on average in one surrounding area that were not deposited into the merchant

accounts. The fact is that the employees or those posing as employees need to be

able to reroute the funds out the account but did not have all the necessary

information in order to do so.

I mentioned that an corporate restructure had taken place and the provisional alerts

were placed on the accounts of the Principal Owners and the Merchant accounts. I

would like to bring it to your attention that **ChexSystems** was used in a previous

case with Korea who was named New Korea at the time, and it was discovered

through investigation that the system they used was **ChexSystems.** This system

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

was merged into another banking check system back in 1994. Yet, the paperwork

was printed and sent to me declaring my bank account was **sufficient of funds.**

The business is not owned by them, but they used it for small time jobs to satisfy

the IRS. The ChexSystems case is related to the case called **Dominick &**

**Dominick** in the evidentiary cd that is included in this filing. The case was high

profile, and it did entail the fact of them admitting they had possession of the

accounts, but they did not withdraw from the accounts. They would watch it and

the client would not see their funds because they mirrored the mechanism in which

they using by way of accessing the banks application only. They would know the

funds were there but something else would display or nothing at all. At times it

would display a glare amount than what the corporation had for it's initialization of

business for the end of day sales.

Then it was known that the FBI or another Judicial agency was moving in on them,

they would do things such as mirror shares on the SEC index. I included that my

shares of my business from Realty property such as Zillow, Home Lending Corp.

and a few other places that are filed under my equity but in another state. I am an

worldwide commerce organization. This is not uncommon but yet the infiltration

would be that the families of certain agencies would be hurt if the judicial agency

US Ninth Western            700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

did not back off. Some bidding for the Washington DC Gas & Electric company

did take place and a swap between myself and the government for coverage to

secure when they could not show where or who was there Elected Commissioner

was done between us.  I have included the fact of my voucher which was from my

medical malpractice case being placed in the regional area of Washington State

was not disbursed for the signed agreement of the monthly cash & food stamps.

The data was erased by some ex- administration heads that were not even part of

the agreement but were convicted in other cases for tampering, using departmental

funds in an sting operations illegally, not securing the funds allocated in an

financial institution and partaking in an drug operation that was designed to kidnap

and enslave the families of agents working to get control of the situation.

Most officers were viewed leaving or arriving to work. Included are my tax-

exemption filings from the IRS. My Worker Compensation Coverage form, My

Discover bank account for my Certificate of Deposits that the shares have not been

transferred yet.

My Department of Labor & Industries statements, a check for the person or

recruited member that my US Direct Express debit card funds card were to go into.

My accounts for payment to the service providers in which I receive service was

US Ninth Western           700 Stewart St.
District Court             Seattle, WA 98101
                           (206)370-6400

illegally accessed. I would pay my bill then some unofficial or area walker would

declare we are sorry, but we did not receive the payment. **Administrative**

**releasures from SEC** are also included as evidence.

My bank statements from **US Direct Express** was incorrect on more than one

occasion. The website could not be accessed. I have also included my Liquidated

shares that I liquidated before I got here and needed the actual Prospectus to finish

completing my financial business and new business operations.

I surrendered all **Senior Notes of the Civil Federal Employees** that weren't not

mine to their rightful owners. I even gave discounts for new home buyers. The

terrorist act occurred from Canada and trickled down to South America. My

businesses had logo infringements against them from Korea, but Korea was saying

that they did not possess my logos and some other blueprints that were mine when

they did.

I won that aspect in court but then a breach of contract took place. The US took

out an loan with my Bank for the amounts mentioned up above. I guess due to

internal terrorist acts or extortion they did not go to their own banks. The interest

was lowered to an **6.86%** and the US Commerce Department also breached on this

loan repayment. I would like this case to go to trial so that the Commerce if it was

US Ninth Western               700 Stewart St.
District Court                 Seattle, WA 98101
                               (206)370-6400

extorted from internally that the Commerce has an option for the law to hear it and

see it in the courtroom instead of having speculation. The Commerce has never

been known to not pay it's bills to another country and **7 years** is a long time of

silence don't you think! This case has had deception of Actuary allies on it from

day one and the investors have taken the crunch and the profit loss in their

businesses. Corporate America can't be corporate without corporations. It will

decline in equity and assetures.

 I'm asking this court to hear this in trial and to demand payment of trust and

allotted merchantile businesses to be placed back into the principal owners

accounts. I'm asking to not have to file Writ after writ for something that is mine. I

understand that something of an extortion has taken place and it is the evidence

that needs to be presented in order to rectify the situation.

You can't expect for a corporation to allow for it's accounts to be handled by

personnel it did not hire. You can't expect for a corporation to continue to bank

with Federal Reserve Banks in America if the banks don't disburse it's funds when

it ask for them. You can't expect for this case to go away without it being viewed

with the merit of content that it has. **The fact is there are other countries that**

**have American based Federal Banks, and the rates, fees and disclosures may**

US Ninth Western          700 Stewart St.
District Court            Seattle, WA 98101
                         (206)370-6400

**not be what we are use to**. The Credit & debit card services are from the future

innovations of the world and we as a country have yet to understand the situation,

we as a Federal Actuary are about to face. **We may not be able to afford another**

**Federal Acquisition Institution**. The Treasury Retail Services Unit has another

form disbursement that it uses and in it's site was the documents of filing, and

those forms were filed, and all the dates were adhered to and still they did not

disburse.

Also, the Federal Reserve System has forms that it declared a person needed to

send in to the various Federal Branches as bundles and the funds would be

disbursed.

I filled out all forms for all institutions and still I have not received my funds. It is

not my position to have a silenced Federal Institute to use my funds as an actual

asset and not to show me or write to me in regards to those funds. I have rights and

I have options. I have a right to close because the payments have not been

received. **I'm asking for demand of payment to be set for the plaintiff and for**

**at least an evidentiary hearing so if I need to move forward in the level of law**

**you would have heard the case based on evidence and the Federal courts will**

US Ninth Western
District Court

700 Stewart St.
Seattle, WA 98101
(206)370-6400

**be exempt from liability of not hearing the case. The case has every merit for disbursement.**

The Supreme court will see your admittance and will be able to determine that the country has not been fully overthrown. In the event that the country has been locked out of the Federal Reserve system the **actuary of governance** of then will be able to disburse funds to the corporations other than that the people will have no jobs and nonpayment of rents, loans, leases, and such matters would cause a removal or extraction of property or persons from the property.

The **Department of Defense** is ready to act in an securement of it's land and to remove all persons who are acting against it's actuary. There is a grave possibility that the courts and all places of businesses will be closed. If the corporations can't provide goods, then the corps will close. A decision will be made on how to service the needs of the public and price increases will occur according to the standards of the monetary system to supply the demand of merchandise. The corporations has a right to be paid for services rendered in all aspects of service. That is the law. Thank you for hearing me!

Al Ahmadayyia Foundation Group
Khalifa's Essential Choices
EOI Meredith McGlown #1805341910
Exp. 01|23|2032

## United States 9thWesteren District Court
## 700 Stewart Street Seattle, WA 98101
## (206) 370-6400

Complaint -Attachment V- Relief

The Plaintiff is seeking the relief in the amount of the Loan for an equal value of 1 Septuagint Two Hundred Fifty-Six Zillion dollars + all Registered K, S, EE, I, O, Q and K-Corp damages of current prospectus and future indices.
 In addition, the 2 million that has occurred in arrears debt interest. The plaintiff is also seeking the disbursement of her trust as is recorded from the initial Case Management that the Administration of Federal Government disbursed, changed and ordered to be altered and used for their reemployment as an administrative CEO of the corporations in which the foundation of Al Ahmadayyia Foundation Group, LLC owns.