# United States 9th Western District Court of Seattle, Washington

Meredith Mcglown, Plaintiff

Vs.

Department of Commerce, Federal Reserve Bank and Treasury Retail Services, Defendant

```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        FEB 02 2023        CR
              AT SEATTLE
        CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

Case No.: 23-CV-49-TL

**Motion For an Extreme Protection Order**

Meredith Mcglown, plaintiff in the matter before the court and attorney for the plaintiff would like to submit for an Extreme Protection in this matter. The plaintiff is registered with WA bar # 650564 for Israel. The plaintiff is an Ecommerce Actuary and has withdrawn her confidentiality & Informant status before the court for the reviewing of the commerce matters to the court. The plaintiff resides at 1205 Thomas Street Unit E27 Seattle, WA 98109-5959 (206)223-4993. The plaintiff has an very unusual case that is determined and ordered in other courts of the united States of America, Korea, China, South America and Israel and Africa. The plaintiff is asking that the protection order be granted against the tenants the tenants of the building, it's administrative office employees, the Al Gore administration victims, and the extremist community of religious believers. The plaintiff has an Share Prospectus with the Management corporation, the plaintiff is an Principal Holder of the property. The plaintiff testified against the Senate seats of Al Gore for racketeering, murder, and demarcation of the US currency of the United States of America.

The case was finalized in 2014 and the plaintiff was relocated to this area and had to stay out of the public eye. The plaintiff is an highly publicized Minister with the Nation of Islam, Al Jazeera and the Al Ahmadayyia Foundation Group, LLC.

The plaintiff moved in in 2016 and since her arrival was stuck with a needle of chloroform, strict-nine and methicine. Her physical body assaulted. Through Hololens usage.

 The plaintiff was copied, and the embryo was grown in an laboratory that the US Government was aware of. After extraction of the specimen in the facility the Gore

1

# United States 9th Western District Court of Seattle, Washington

administration asked the courts for the document scientific aspect of it's creation and used it to help overthrow the President Joe Biden.

The courts has demanded all tenants who are not part of the Defense Department's Witness Protection Program to move out of the facility and the actuary has taken her administrative office of the building. The tenants were deceased when the plaintiff arrived and the US Government used the Death Morph System to try to bring them back on the Death Program.

The enemies of the US Government used the file of the plaintiff which was locked and accessed the model in the medical aspect of the file to grow the people in an onset of animal harvesting & breeding. The attempt was not successful and many had missing internal body functions, brain impairments and were on the onset of hurting the plaintiff.

After careful evaluation by USCIS Internal Affairs Unit, USCIS declared that their actions were not from the onset of the US Government trying to revitalize them but that they were actually against the plaintiff because she would not allow for them to have access to her businesses and try to extort the government into taking care of them through the Department of Health & Human Services Agency, the Reform Act of America or the Space Living Program.

They could not be operational in the area if she did not give them employment and they could declare that they were here legally in this restricted area.

They have been rude and disruptive, assaultive, used the media to put their diseases that they obtained from the harvesting, raping of the civil civilians, children and assault on the US Marshals, US Custom & Border Patrol Agents, that they signed up for on the plaintiff. They have tried to sabbotage her court files which are very important in the conclusion of the last act of the religious group called the "Extremist".

# United States 9th Western District Court of Seattle, Washington

The terrorist of that group was convicted in the US Canadian Courts and then in return for them not trying to murder the plaintiff, those civil civilians walking around demanded cash assets and even tried to type her with a dog.

The clones were removed back in the original case in 2014 and an asking for the Artificial Life Support System to be granted to those terrorist & members who were hurt was asked and denied in a court of law. Since 2016 to present, they have summoned their friends and have tried to physically, mechanically and financially to cripple the plaintiff.

The plaintiff has an T-bill share that would bring the Country to a close of actuary if they were to get their hands on it and sell it to the daughter of the People's Republic of China. She has used the Emirates of the Domicile of Israel's Commissioner number in her banking job and has declared War with Israel. The commission number she is using is not hers.

After that was investigated, she had an event, at the Asian Temple of the People's Republic of China's Mosque, after making bail and those members of the "extremist" terrorist group were filmed and present. Yes, they are here.

The tenants were from past experiences and relationships from the AL Gore case and she has an strict protection order against being with public civilians that are not in her active case.

Which means they are not Witness Protection Participants of the Department of Defense. The Department of Defense has tried to negotiate with the public in regards to the Artificial Intelligence and Droid /humanoid bodies of preservation of life with the people and they sided with the members of the extremist.

I am not entitled to care for them, and they are actively disbursing drugs of methicine and opium through the portion that they got their hands on. This unit could be used for the US Marshals that need to be active and on hand in this situation. The country T-bills are being stolen but the enemy of the country can not deposit or have the disbursement of funds without my Commission actuary.

3

# United States 9th Western District Court of Seattle, Washington

I would like the courts to grant an Extreme Protection Order in this matter and I would like the animals to be ordered to be removed from the facility. Mr. Biden gave them 2 years to find another residence and they just laid around trying to claim they were disabled yet they studied them driving cars, working in the businesses that the Plaintiff ask them to relieve themselves of employment in and stealing from the businesses warehouses and distribution centers.

I also have an no family clause in my case. Meredith Mcglown Vs. Escobar Case no.18-5811. The tenant Karen Terry on the second floor has been victimized by the "Extremist " who was convicted in Meredith Mcglown & United States of America Case No, 74-204940,09-511395,92-1034217, and 74-2361088.

The perps paroled. This last case was the original John F. Kennedy case. I have been an Department of Defense Witness Protection Participant since then. The Matter of Fonicky, Cerna and Abilla Case No. 07-18739, was heard before the courts and has an active protection order against Africa's militant Droid/humanoid participants, which are also in the building of my residence.

They assaulted my anus since being attacked in 2016. The Matter of US Actuaries of Enrollment Act has been breached by each nation and they have not removed their citizens.

The Matter of Dominick & Dominick, LLC. & Robert X. Reily Administrative file no. 3-15987, has determined them unable to be qualified for any assistance from the Administrative Department of The Human & Health Services Agency because they tried to kill the presidents, incited an riot on the White House, took hostages of the Justice Department and raped people of the Civil Federal NOC Program the Department of Defense set up for the recovery of those who wanted to be apart of democracy.

We have had our food contaminated with the menstrual blood of the clone they had control over, that blood was not human blood, the blood that was human was manufactured from a child of African decent.  We have had personal items, debit

4

# United States 9th Western District Court of Seattle, Washington

cards and vital paperwork stolen. Those items were found in the origin of the Asian community land acquisition.

The Matter of DITCO ID case 92-23670188, declared the injections of harmful materials such as diseases, body fluids, skin, dog hair, and saliva being directly given to the plaintiff and to those who were registered as Civil Civilians with the US Government.

In the matter of Laureano, Bureau of Internal Affairs Declaration 1 & 3, the mother of XI- PING was found guilty of molesting my son Marquise McGlown and tying to breed me to be an Asian decedent, by using an Koi fish.

In 2016-2022, the US Marshals lives have been asked for the exchange of the T-bills of the Federal Reserve Treasury Department. In the Matter of Barlett, Case no. 18-256,the courts identified the clone that is on my ID and 6 others as not being myself and being the perpetrator of the orchestration of an terrorist act.

That occurred during the hostage & murder for hire of President Joe Biden from the Canadian aspect of location on the globe. Case no. 16-cv-1931564, identified the "Extremist" & convicted their leader. This also revealed the molestation of school aged children and junior high school children. The children next to my residence in 2016, at the preschool were murdered and assaulted with a very detailed aspect of an serial killer.
 Objects that I receive on my Life Support System has revealed the same material and the same nature of crimes. All of these cases has "Proposed Orders" & "Order of Precedence".

The building is held in Escrow actuary from Quantum, LLC. , which I own. I believe if the orders were adhered this situation would become less dangerous and apprehension of the terrorist would be aliitle more obtainable. They have this as their home base and the neighbor that resides next to me is an man and the Program director was not hired by my management company nor was the tenant

5

# United States 9th Western District Court of Seattle, Washington

granted a lease from my management company. I thank you for taking in all the facts of this extreme protection order and I have enclosed my prospectus for proof of ownership.