# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MEREDITH MCGLOWN,<br><br>            Plaintiff(s),<br>   v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE et al,<br><br>            Defendant(s). | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:23-cv-00049-TL |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated February 6, 2023.

Ravi Subramanian
Clerk of Court

s/Kadya Peter
Deputy Clerk
